IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PHILIP SANDERS, an Individual and Husband and Next of Kin of BRENDA JEAN SANDERS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-492-JED-FHM |
| (1) TURN KEY HEALTH CLINICS, a limited liability company, | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF CODY SMITH**

I, Cody Smith, being first duly sworn, depose and say:

1.      I am the Jail Administrator for the Creek County Jail. I have held this position since approximately late 2017/early 2018. I held the position of Assistant Jail Administrator from approximately May 2017 until late 2017/early 2018.  In October-November 2016, I believe I held the position of Commission Deputy at the Jail. In this position, I performed a variety of job duties at the Jail, ranging from working the floor as a detention officer, transporting inmates to/from Court or other appointments, working in the booking area processing inmates in and out of the Jail.

2.      As the Jail Administrator, I manage the day to day operations of the Jail and I am familiar with the Jail's current record keeping and storage practices.  I am familiar with these practices for the period of time since I have been the Assistant Jail Administrator to the present. I am not familiar with these practices prior to becoming the Assistant Jail Administrator.

EXHIBIT 11

3.      Records show that Brenda Sanders was incarcerated in the Creek County Jail from October 17, 2016 until November 20, 2016. During this time, the Sheriff was John Davis; the Undersheriff was Don Turner; the Jail Administrator was Kelly Birch.  None of these individuals have been employed at the Jail or with the Sheriff's office since at least January 1, 2017, when Bret Bowling became Sheriff.

4.      From at least 2016 to the present, the Jail contracted with Turn Key for it to provide medical services to inmates in the Jail.  Turn Key employees are not Jail or Sheriff's Office employees.  The Jail does not maintain personnel files on any Turn Key employee.

5.      During Sanders's incarceration, if an inmate had a complaint about his/her incarceration, he/she was to complete an inmate grievance in writing. I do not know if or how the Jail Administrative staff saved or stored inmate grievance forms, prior to the January 2017. I was not part of the Jail Administrative staff in 2016 or earlier.  However, I believe it is possible that inmate grievances were placed in boxes, and that these boxes were placed in storage containers which are similar to the PODS containers advertised on TV.  Some of the boxes in these storage containers are labeled, some are not.  There are dozens, possibly hundreds, of these storage boxes in these storage containers. Each box would have to be moved out of storage, and then gone through page by page to see if possibly there is a grievance from an inmate about Turn Key or Turn Key staff. This would require an enormous amount of man hours to do.

6.      Females are not housed with males in the Creek County Jail. Identifying the female inmates incarcerated in the Jail on any given date in October and November 2016 can be done by generating an electronic report.  Such report is attached as Exhibit

EXHIBIT 11

1 to this Declaration.   This report provides the female's name, date of booking, date of release, and address provided to the Jail by inmate.

7.     Identifying the total number of inmates incarcerated in the Jail at some point in time between October 17, 2016 and November 20, 2016 can be done by generating an electronic report.  Such report is attached as Exhibit 2 to this Declaration.

8.     SOMS is the inmate management/incident reporting system used at the Creek County Jail. This is an electronic/digital program.  Turn Key employees are not able to create reports in SOMS.  I have run a narrative key word search in SOMS for the following terms:  Nicholas Groom, Tamara Jackson, Lela Goatley, Kerri Ferris, and Cheryl Green and no reports were identified.

9.     I have also run a narrative key word search in SOMS for Brenda Sanders and only two incident reports were identified: Incident Numbers 1601709 and 1601711.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September_____10th_____, 2020

_____
Cody Smith, Jail Administrator

3

EXHIBIT 11



```
Last   First Middle_JrSr Intake       Released      POD    Cell Dept BookNum
       Jacket        Class Race  Sex  Dob    Balance        PrisonerNo SSN
       Sex_Offender       Work_Release        Weekender   Trustee    ICE_ID
       Gang  Religion   Home_Address       Home_City  State _Alias
       Agency_Responsible      Indigent    Magic Magic2      MasterMagic
       Notes
ACREE MICHELLE    SUZANNE     11/16/2016  11/17/2016        M-POD 1
       57,306.00   56,014.00  AW    W    F              0.00
           N       N     N    N           NONE
                              CREEK COUNTY SHERIFF          0.00  55,425
       55,425
ADAMS JENNIFER    LEE   11/18/2016  05/24/2017        L-POD 1     57,326.00
       130,002.00 CD   W    F             0.00
                              NONE
                              CREEK COUNTY SHERIFF          1.00  55,445     55,445

ADAMS LISA  LANNETTE     11/19/2016  11/20/2016        M-POD 1     5  ,245.00
       222,272.00 WE   I    F             0.00
           N    Y    N           NONE
                              CREEK COUNTY SHERIFF          0.00  55,464     55,464

ADAMS LISA  LANNETTE     11/11/2016  11/13/2016        M-POD 1     57,255.00
       222,272.00 SE   I    F             0.00
           N    Y    N           NONE CHRISTIAN
                              CREEK COUNTY SHERIFF          0.00  55,374
       55,374
ARMSTRONG KYMBERLY    SCOTT 11/10/2016  11/14/2016        L-POD 1
       57,243.00   232,877.00 CC   W    F             0.00
           N    N    N           NONE  NONE
           N                    CREEK COUNTY SHERIFF          0.00  55,362     55,362

BAGWELL    TIFFANY   KASANDRA   10/23/2016  10/25/2016        M-POD 1
       57,099.00   207,245.00 AW   W    F             0.00
               N    N    N           NONE
           N                    CREEK COUNTY SHERIFF          0.00  55,218
       55,218
BALDWIN    JENNIFER   DAWN  11/07/2016  11/07/2016              1
       57,228.00   231,563.00 AW   W    F             0.00
           N    N    N           NONE  NONE
                              CREEK COUNTY SHERIFF          0.00  55,347
       55,347
BARNES     RAE    DAWN  10/29/2016  10/31/2016        L-POD 1     57,157.00
       225,336.00 US   W    F             0.00
           N    N    N           NONE  CHRISTIAN
                              CREEK COUNTY SHERIFF          0.00  55,276     55,276

BATEMAN    TAMMY LYNN  11/04/2016  11/04/2016              1     57,203.00
       219,835.00 AW   W    F             0.00
           N    N    N           NONE  CHRISTIAN
           N                    CREEK COUNTY SHERIFF          0.00  55,322
       55,322
BENEVIDEZ  AUNDREA    MARIA 10/27/2016  10/31/2016        L-POD 1
       57,134.00   232,620.00 AW   W    F             0.00
               N    N    N    N           NONE  CHRISTIAN
```

000683

EXHIBIT 11



```
                              CREEK COUNTY SHERIFF        0.00  55,253
        55,253
BILLINGS    LORIN LEE  10/27/2016 11/18/2016        L-POD 1    57,132.00
     217,566.00  AW    W     F                 0.00
        N    N     N           NONE  CHRISTIAN
                              CREEK COUNTY SHERIFF     0.00  55,251    55,251

BLISS SHELLY    LYNN  11/12/2016 11/14/2016        DT    1    57,258.00
     230,854.00  AW    W     F                 0.00
        N    N     N           NONE  NONE
                 CREEK COUNTY SHERIFF        0.00  55,377    55,377

BULLOCK    MELISSA    BETH  10/31/2016 11/08/2016        L-POD 1
     57,180.00  140,350.00  AW    W     F                 0.00
                 N    N     N           NONE
        55,299
                       CREEK COUNTY SHERIFF     0.00  55,299
BURDICK    TRAYCIE          11/19/2016 11/21/2016        M-POD 1
     57,347.00  230,627.00  OC    W     F                 0.00
                                   NONE
        55,466                 CREEK COUNTY SHERIFF        0.00  55,466
CAYWOOD    STELLA    SUE  11/19/2016 11/29/2016        M-POD 1
     57,346.00  226,027.00  AW    W     F                 0.00
                                   NONE
        55,465                 CREEK COUNTY SHERIFF     0.00  55,465
COLDREN    FAYE  ELIZABETH  11/04/2016 05/24/2017        M-POD 1
     57,214.00  51,672.00  CD    W     F                 0.00
        N    N     N    N           NONE  CHRISTIAN
                       CREEK COUNTY SHERIFF        1.00  55,333
        55,333
DEAN  LIA  JANE  11/20/2016 11/21/2016        L-POD 1    57,357.00
     233,060.00          W     F
                              NONE  CHRISTIAN
                 CREEK COUNTY SHERIFF        0.00  55,476    55,476

DIMAS CHRISTINE    ELAINE       11/01/2016 11/08/2016        M-POD 1
     57,182.00  211,839.00  AW    I     F                 0.00
        N    N     N     N           NONE  BAPTIST
                       CREEK COUNTY SHERIFF        0.00  55,301
        55,301
FLEMING    LAVON       11/10/2016 11/10/2016             1    57,250.00
     5,078.00  AW    I     F                 0.00
        N    N     N           NONE  BAPTIST
                 CREEK COUNTY SHERIFF     0.00  55,369    55,369

FOX   JESSICA    MARIE 11/18/2016 01/05/2017        M-POD 1    57,330.00
     200,246.00  AW    W     F                 0.00
                              NONE
                 CREEK COUNTY SHERIFF        0.00  55,449    55,449

GILBERT    SUMMER    ULENA 11/15/2016 11/15/2016             1
     57,284.00  132,870.00  WE    W     F                 0.00
```

000684

EXHIBIT 11



```
                N      N     N     N           NONE  CHRISTIAN        [REDACTED]
                        CREEK COUNTY SHERIFF              0.00  55,403
        55,403
GODWIN    CLASSICA   NICOLE   10/24/2016  11/18/2016        L-POD 1
        57,108.00  211,411.00 AW   B    F           [REDACTED]  0.00
                N      N     N     N           NONE  NONE             0.00  55,227
        55,227                  CREEK COUNTY SHERIFF
HARPER    SHANNA    RENEA 10/19/2016  11/10/2016        M-POD 1
        57,065.00  129,127.00 AW   W    F     [REDACTED]  0.00
        N      N     N     N           NONE  CHRISTIAN        0.00  55,184
        [REDACTED]          CREEK COUNTY SHERIFF
        55,184
HEATH ANGELA    MICHELLE   10/23/2016  10/27/2016        L-POD 1
        57,101.00  122,880.00 AW   W    F     [REDACTED]  0.00
                N      N     N     N           NONE  CHRISTIAN  [REDACTED]
        [REDACTED]          CREEK COUNTY SHERIFF              0.00  55,220
        55,220
HENDRICKS   NIKKI  CHERE 10/18/2016  11/17/2016        M-POD 1     57,058.00
        219,074.00 AW   W    F     [REDACTED]  0.00
                N      N     N           NONE
                        CREEK COUNTY SHERIFF         1.00  55,177     55,177

IRWIN EDDIE LEE   11/16/2016  11/21/2016     L-POD 1     57.304.00
        232,975.00 OC   W    F     [REDACTED]  0.00
        N      N     N           NONE  NONE
                        CREEK COUNTY SHERIFF         0.00  55,423     55,423

JOHNSON    SHARA DENISE   11/04/2016  11/08/2016        L-POD 1
        57,213.00   41,340.00     B    F     [REDACTED]  0.00
                        NONE  NONE
        [REDACTED]          CREEK COUNTY SHERIFF              0.00  55,332
        55,332
JORDAN    BOBBIE    LYN   11/14/2016  11/14/2016        827    1
        57,274.00  225,345.00 AW   W    F     [REDACTED]  0.00
                N      N     N           NONE  NONE
                        CREEK COUNTY SHERIFF         0.00  55,393     55,393

KINKADE    CANDISE    MARIE 10/25/2016  10/26/2016        L-POD 1
        57.118.00   56,320.00 AW   W    F     [REDACTED]  0.00
                        N      N           NONE  CHRISTIAN
        [REDACTED]          CREEK COUNTY SHERIFF              0.00  55,237
        55,237
LANCE JULIE CARLEEN    10/25/2016  10/25/2016        1      57,117.00
        216,852.00     W    F     [REDACTED]  0.00
                        NONE  OTHER
                        CREEK COUNTY SHERIFF         0.00  55,236     55,236

LEFTRIDGE   SHAWNA     JOE   11/03/2016  11/03/2016        1
        57,198.00  218,160.00 AW   W    F     [REDACTED]  0.00
                N      N     N     N           NONE
        [REDACTED]          CREEK COUNTY SHERIFF              0.00  55,317
        55,317
```

EXHIBIT 11



```
LEWIS CHARITY    RUTH 11/18/2016 11/20/2016          DT   1    57,340.00
     218,179.00 WE   W    F                    0.00
     N    N    N          NONE NONE 335
          CREEK COUNTY SHERIFF        0.00 55,459    55,459
LEWIS CHARITY    RUTH 11/11/2016 11/13/2016          L-POD 1    57,254.00
     218,179.00 WE   W    F                    0.00
     N    Y    N          NONE
          CREEK COUNTY SHERIFF        0.00 55,373    55,373
LEWIS CHARITY    RUTH 11/04/2016 11/06/2016          L-POD 1    57,211.00
     218,179.00 WE   W    F                    0.00
     N    Y    N          NONE NONE
          CREEK COUNTY SHERIFF        0.00 55,330    55,330
LONG  MISTY DAWN  10/28/2016 11/29/2016          L-POD 1    57,144.00
     222,295.00 AW   N    F                    0.00
     N    N    N          NONE NONE
               CREEK COUNTY SHERIFF   0.00 55,263    55,263

LONG  MISTY DAWN  10/28/2016 10/29/2016               1    57,143.00
     232,644.00      W    F                    0.00
                          NONE
     OK        CREEK COUNTY SHERIFF        0.00 55,262    55,262

LYLES TIERIKA    RENEE 10/27/2016 11/04/2016 HC-3 HC-3 1    57,122.00
     206,702.00 AW   F    F                    0.00
                          NONE NONE
     TULSA OK        CREEK COUNTY SHERIFF        0.00 55,241
     55,241
MARTINEZ    MELISSA    MICHELLE   11/15/2016 11/28/2016      M-POD 1
     57,300.00 225,328.00 AW   H    F                    0.00
          N    N    N    N          NONE CHRISTIAN
                     CREEK COUNTY SHERIFF        0.00 55,419
       55,419
MITCHELL    NICKIE    DAWN 10/20/2016 12/02/2016      M-POD 1
     57,075.00 118,524.00 AW   W    F                    0.00
          N    N    N          NONE NONE
                     CREEK COUNTY SHERIFF        0.00 55,194    55,194

MORROW    BRANDY    ROCHELLE   11/03/2016 02/07/2017      L-POD 1
     57,199.00 67,864.00 AW   B    F                    0.00
          N    N    N          NONE NONE
                     CREEK COUNTY SHERIFF        1.00 55,318
     55,318
MOYER MARIEA    ANN 11/15/2016 05/24/2017      M-POD 1    57,286.00
     61,303.00 CD   W    F                    0.00
     N    N    N          NONE CHRISTIAN
          CREEK COUNTY SHERIFF        1.00 55,405    55,405

MURRAY    JINNY LYNN  11/09/2016 11/10/2016      L-POD 1    57,240.00
     232,865.00 AW   W    F                    0.00
     N    N    N          NONE NONE
          CREEK COUNTY SHERIFF        0.00 55,359    55,359
NAYLOR    DONNA KAY  10/28/2016 10/29/2016      M-POD 1    57,151.00
     57,416.00 SE   I    F                    0.00
     N    Y    N          NONE NONE
```

EXHIBIT 11



```
                        CREEK COUNTY SHERIFF        0.00 55,270      55,270

NOE    AMBER DAWN  11/14/2016  11/14/2016                    1      57,271.00
       232,778.00  AW    W     F                 0.00
                                     NONE
                        CREEK COUNTY SHERIFF        0.00 55,390      55,390
NOLAN  NAOMI DALE  10/28/2016  10/29/2016         L-POD 1           57,145.00
       232,637.00  AW    W     F                 0.00
       N    N    N           NONE  CHRISTIAN
                        CREEK COUNTY SHERIFF        0.00 55,264      55,264

OTT    KAYLA DAWN  10/29/2016  12/15/2016         L-POD 1           57,159.00
       68,604.00   AW    W     F                 0.00
       N    N    N           NONE  NONE
                        CREEK COUNTY SHERIFF        1.00 55,278      55,278
PACK   DARRION    JADE  11/17/2016  12/27/2016    L-POD 1           57,318.00
       231,234.00  OC    W     F                 0.00
       N    N    N           NONE  OTHER
                        CREEK COUNTY SHERIFF        1.00 55,437      55,437
PALMER MELISSA    RUTH  11/04/2016  11/18/2016    L-POD 1
       57,204.00  124,681.00  AW    W     F                 0.00
                        N    N           NONE
       55,323                CREEK COUNTY SHERIFF        0.00 55,323

PARRY  THERESA    MARIE 10/18/2016  10/19/2016    L-POD 1           57,055.00
       214,559.00  AW    W     F                 0.00
       N    N    N           NONE  NONE
                        CREEK COUNTY SHERIFF        0.00 55,174      55,174

PYLANT     PAMELA     DANIELLE  10/23/2016  10/23/2016    HC-3  1
       57,098.00  124,340.00  AW    W     F                 0.00
                N    N    N           NONE  NONE
       55,217                CREEK COUNTY SHERIFF        0.00 55,217
RAY    KRISTA    RENE  10/20/2016  10/21/2016    L-POD 1           57,068.00
       232,526.00  AW    W     F                 0.00
       N    N    N           NONE  CHRISTIAN
                        CREEK COUNTY SHERIFF        0.00 55,187      55,187

ROBBINS    ERIN    DIANNE  11/15/2016  11/28/2016    M-POD 1
       57,289.00  214,237.00  AW    W     F                 0.00
                N    N    N    N           NONE  NONE
       55,408                CREEK COUNTY SHERIFF        0.00 55,408

ROBERTS    MARIKA    LYNN  10/23/2016  05/24/2017    M-POD 1
       57,100.00  142,884.00  CD    W     F                 0.00
                N    N    N           NONE  BAPTIST
       55,219                CREEK COUNTY SHERIFF        1.00 55,219
ROBINSON   KATELYN   JOANNE  11/14/2016  11/23/2016    L-POD 1
       57,272.00  210,885.00  WR    W     F                 0.00
                N    N    N           NONE  CHRISTIAN
                        CREEK COUNTY SHERIFF        1.00 55,391
       55,391
```

EXHIBIT 11



```
SANDERS    BRENDA    JEAN 10/17/2016 11/20/2016 HC-5   HC-5  1
   57,049.00  71,475.00 AW    I   F                    0.00
          N      N      N     AW      I   F      NONE CHRISTIAN
                              CREEK COUNTY SHERIFF         1.00  55,168
   55,168
SEITZ TIFFANY   DANETTE    11/14/2016 12/14/2016        L-POD 1
   57,267.00  232,921.00 AW    W    F                    0.00
          N      N             AW      W   F      NONE NONE
                              CREEK COUNTY SHERIFF         1.00  55,386
   55,386
SELLERS    DONNA NADINE    10/18/2016 10/18/2016        L-POD 1
   57 054.00  226,198.00 AW    W    F                    0.00
          N      N      N      N               NONE
                              CREEK COUNTY SHERIFF         0.00  55,173
   55,173
SIVADON    LESLIE    MICHAEL 11/17/2016 11/17/2016        L-POD 1
   57,317.00  148,975.00 AW    W    F                    0.00
          N      N      N              NONE NONE
                              CREEK COUNTY SHERIFF         0.00  55,436
   55,436
SLADE SELENA    LEE 10/27/2016 12/08/2016        L-POD 1    57,121.00
   227,820.00 AW    B    F                    0.00  N
          N      N             NONE BAPTIST
                              CREEK COUNTY SHERIFF         1.00  55,240
   55,240
STEPHENS    TAMMY J    10/30/2016 10/31/2016        M-POD 1    57,163.00
   229,610.00 AW    W    F                    0.00
          N      N      N      NONE CHRISTIAN
                              CREEK COUNTY SHERIFF         0.00  55,282    55,282
STRAIN     KAYLA RAYANN    11/04/2016 11/04/2016        1
   57,205.00  224,891.00 AW    W    F                    0.00
          N      N      N      N               NONE NONE
                              CREEK COUNTY SHERIFF         0.00  55,324
   55,324
TANNER    MELISSA    ANN 11/11/2016 11/15/2016        L-POD 1
   57,252.00  232,897.00 AW    I    F                    0.00
          N      N      N              NONE BAPTIST
                              CREEK COUNTY SHERIFF         0.00  55,371
   55,371
THOMAS     MISTY JEAN 11/02/2016 12/01/2016        L-POD 1    57,192.00
   19,968.00 AW    W    F                    0.00
          N      N      N      NONE NONE
                              CREEK COUNTY SHERIFF         1.00  55,311    55,311
TILLEY-TURNER    BILLIE    JO 11/18/2016 12/15/2016        L-POD 1
   57.333.00  34,230.00       W    F                    0.00
                              NONE BAPTIST
                              CREEK COUNTY SHERIFF         1.00  55,452
   55,452
TRIPLETT    ANDREA    MICHELLE 10/20/2016 11/16/2016        M-POD 1
   57,079.00  84,530.00 AW    W    F                    0.00
          N      N      N      N               NONE NONE
                              CREEK COUNTY SHERIFF         1.00  55,198    55,198
```

000688

EXHIBIT 11



```
TYLER BREANNA          10/25/2016 11/03/2016      L-POD 1    57,110.00
140,720.00 AW    W    F              0.00
N    N    N          NONE CHRISTIAN
        ▮            CREEK COUNTY SHERIFF      1.00 55,229     55,229

VAUGHAN    AMANDA     FAYE 10/29/2016 10/31/2016     M-POD 1
     57,158.00  201,389.00 AW   B    F              0.00
        N    N    N    N         NONE OTHER
        ▮                CREEK COUNTY SHERIFF      0.00 55,277
55,277
WALLACE    DALLAS    BLAIR 11/17/2016 01/26/2017     B-107 1
     57,321.00  233,013.00 AV   W    F              0.00
     N    N    N    N        NONE NONE
        CREEK COUNTY SHERIFF      1.00 55,440     55,440

WASHBURN    SAMON NICOLE    11/10/2016 12/14/2016    L-POD 1
     57,245.00  229,043.00 AW   I    F              0.00
                         NONE
     ▮            CREEK COUNTY SHERIFF      1.00
55,364    55,364
WATASHE    SARAH LINDSEY    10/25/2016 10/28/2016    M-POD 1
     57,111.00  140,007.00 AW   I    F              0.00
        N    N    N    N        NONE NONE
        ▮        CREEK COUNTY SHERIFF      0.00 55,230
55,230
WEBB  SHAWNA    TYLER 11/19/2016 12/01/2016     M-POD 1     57,344.00
131,771.00 AW    W    F              0.00
N    N    N          NONE CHRISTIAN
        CREEK COUNTY SHERIFF      0.00 55,463     55,463

WEST  DANA ESTELL    11/18/2016 12/16/2016     M-POD 1     57,335.00
44,018.00    W    F              0.00
                 NONE
     ▮        CREEK COUNTY SHERIFF      1.00 55,454     55,454

WHITE MISTY LYNN 11/14/2016 11/21/2016      L-POD 1    57,275.00
215,121.00    W    F              0.00
                 NONE NONE
     ▮        CREEK COUNTY SHERIFF      1.00 55,394     55,394

WHITE SAMI LYNN 11/05/2016 12/06/2016      L-POD 1    57,217.00
231,191.00 AW    W    F              0.00
N    N    N          NONE
     ▮        CREEK COUNTY SHERIFF      0.00 55,336     55,336

WHITLOCK    ARIANNA    NICHOLE    10/30/2016 10/30/2016    L-POD 1
     57,169.00  232,665.00 AW   W    F              0.00
     N    N    N    N        NONE NONE
        CREEK COUNTY SHERIFF      0.00 55,288     55,288

WILDCAT    REBECCA    LYNN 11/04/2016 11/06/2016     M-POD 1
     57,210.00   48,546.00 WE   I    F              0.00
        N    N    N    N        NONE NONE
```

000689

EXHIBIT 11



```
                           CREEK COUNTY SHERIFF        0.00  55,329
55,329
WOLF   BRANDY      JO    11/18/2016  11/23/2016      M-POD 1    57,334.00
39,407.00  WE    W     F          0.00
       N    N      N          NONE  CHRISTIAN
           CREEK COUNTY SHERIFF        0.00  55,453      55,453

WORTHINGTON ASHLEY   DAWN  10/17/2016  10/19/2016      M-POD 1
57.039.00  223,760.00  AW    W     F          0.00
       N    N      N     N     NONE  NONE
           CREEK COUNTY SHERIFF        0.00  55,158
55,158
YOUNG  JESSICA         11/02/2016  11/02/2016         1    57,190.00
232,717.00  AW    W     F          0.00
                       NONE  NONE
           CREEK COUNTY SHERIFF        0.00  55,309      55,309

YOUNG  SARAH ANN    11/18/2016  12/16/2016      M-POD 1    57,339.00
214,431.00  AW    W     F          0.00
       N    N      N     NONE  CHRISTIAN
       CREEK COUNTY SHERIFF        1.00  55,458      55,458
YOUNG  SERONA      KAELYNN   10/30/2016  12/15/2016   M-POD 1
57,170.00   34,090.00  AW    W     F          0.00
                 J    N     N     NONE  CHRISTIAN
                       CREEK COUNTY SHERIFF        1.00  55,289
55,289
```

Inmate Daily Population Analysis

## CREEK COUNTY SHERIFFS OFFICE

DATE : 01/31/2020
TIME :  11:49:22AM

Page 1 of 2

Intake/Release Dates From: 10/17/2016  Intake Dates Thru: 11/20/2016

| Date | Male | | | | | Female | | | | | Count |
|------|------|---|-----|-----|-------|--------|---|-----|-----|-------|-------|
|      | W | B | Oth | Juv | Total | W | B | Oth | Juv | Total | |
| Monday, October 17, 2016 | 140 | 17 | 36 | 0 | 193 | 41 | 0 | 10 | 0 | 51 | 244 |
| Tuesday, October 18, 2016 | 144 | 16 | 36 | 0 | 196 | 42 | 0 | 10 | 0 | 52 | 248 |
| Wednesday, October 19, 2016 | 138 | 15 | 35 | 0 | 188 | 40 | 0 | 10 | 0 | 50 | 238 |
| Thursday, October 20, 2016 | 141 | 16 | 36 | 0 | 193 | 43 | 0 | 10 | 0 | 53 | 246 |
| Friday, October 21, 2016 | 134 | 19 | 35 | 0 | 188 | 41 | 0 | 10 | 0 | 51 | 239 |
| Saturday, October 22, 2016 | 137 | 19 | 35 | 0 | 191 | 40 | 0 | 10 | 0 | 50 | 241 |
| Sunday, October 23, 2016 | 137 | 19 | 35 | 0 | 191 | 44 | 0 | 10 | 0 | 54 | 245 |
| Monday, October 24, 2016 | 138 | 20 | 35 | 0 | 193 | 43 | 1 | 10 | 0 | 54 | 247 |
| Tuesday, October 25, 2016 | 136 | 20 | 35 | 0 | 191 | 43 | 1 | 11 | 0 | 55 | 246 |
| Wednesday, October 26, 2016 | 125 | 20 | 35 | 0 | 180 | 42 | 1 | 11 | 0 | 54 | 234 |
| Thursday, October 27, 2016 | 124 | 20 | 36 | 0 | 180 | 43 | 2 | 12 | 0 | 57 | 237 |
| Friday, October 28, 2016 | 131 | 19 | 37 | 0 | 187 | 45 | 2 | 13 | 0 | 60 | 247 |
| Saturday, October 29, 2016 | 129 | 19 | 38 | 0 | 186 | 45 | 3 | 12 | 0 | 60 | 246 |
| Sunday, October 30, 2016 | 130 | 19 | 38 | 0 | 187 | 47 | 3 | 12 | 0 | 62 | 249 |
| Monday, October 31, 2016 | 124 | 19 | 39 | 0 | 182 | 43 | 2 | 12 | 0 | 57 | 239 |
| Tuesday, November 1, 2016 | 116 | 17 | 34 | 0 | 167 | 38 | 2 | 13 | 0 | 53 | 220 |
| Wednesday, November 2, 2016 | 114 | 15 | 33 | 0 | 162 | 38 | 3 | 12 | 0 | 53 | 215 |
| Thursday, November 3, 2016 | 114 | 15 | 34 | 0 | 163 | 37 | 4 | 12 | 0 | 53 | 216 |
| Friday, November 4, 2016 | 116 | 13 | 35 | 0 | 164 | 40 | 5 | 12 | 0 | 57 | 221 |
| Saturday, November 5, 2016 | 118 | 14 | 36 | 0 | 168 | 41 | 5 | 12 | 0 | 58 | 226 |
| Sunday, November 6, 2016 | 121 | 14 | 36 | 0 | 171 | 40 | 5 | 11 | 0 | 56 | 227 |
| Monday, November 7, 2016 | 117 | 13 | 35 | 0 | 165 | 39 | 5 | 11 | 0 | 55 | 220 |
| Tuesday, November 8, 2016 | 116 | 14 | 33 | 0 | 163 | 37 | 4 | 9 | 0 | 50 | 213 |
| Wednesday, November 9, 2016 | 115 | 14 | 32 | 0 | 161 | 39 | 4 | 9 | 0 | 52 | 213 |
| Thursday, November 10, 2016 | 116 | 15 | 33 | 0 | 164 | 35 | 4 | 9 | 0 | 48 | 212 |
| Friday, November 11, 2016 | 118 | 15 | 33 | 0 | 166 | 35 | 4 | 11 | 0 | 50 | 216 |
| Saturday, November 12, 2016 | 119 | 15 | 33 | 0 | 167 | 36 | 4 | 11 | 0 | 51 | 218 |
| Sunday, November 13, 2016 | 119 | 16 | 33 | 0 | 168 | 35 | 4 | 10 | 0 | 49 | 217 |
| Monday, November 14, 2016 | 123 | 15 | 34 | 0 | 172 | 36 | 4 | 10 | 0 | 50 | 222 |
| Tuesday, November 15, 2016 | 129 | 15 | 34 | 0 | 178 | 38 | 4 | 10 | 0 | 52 | 230 |
| Wednesday, November 16, 2016 | 126 | 13 | 34 | 0 | 173 | 39 | 4 | 10 | 0 | 53 | 226 |
| Thursday, November 17, 2016 | 125 | 11 | 34 | 0 | 170 | 39 | 3 | 9 | 0 | 51 | 221 |
| Friday, November 18, 2016 | 132 | 11 | 33 | 0 | 176 | 44 | 2 | 9 | 0 | 55 | 231 |
| Saturday, November 19, 2016 | 137 | 12 | 35 | 0 | 184 | 47 | 2 | 10 | 0 | 59 | 243 |

*Report_Jail/AverageStats_1*        *1063*

EXHIBIT 11

**Inmate Daily Population Analysis**

## CREEK COUNTY SHERIFFS OFFICE

DATE : 01/31/2020
TIME : 11:49:22AM                                                                                                      Page 2 of 2
Intake/Release Dates From: 10/17/2016  Intake Dates Thru: 11/20/2016

| | Male | | | | | Female | | | | | |
| Date | W | B | Oth | Juv | Total | W | B | Oth | Juv | Total | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday, November 20, 2016 | 136 | 12 | 33 | 0 | 181 | 47 | 2 | 8 | 0 | 57 | 238 |
| | 4,435 | | 1,218 | | 6,209 | | 89 | | 0 | | 8,091 |
| | | 556 | | 0 | | 1,422 | | 371 | | 1,882 | |

Total Days Evaluated: **35**

Total Days: **8,091**

Average Daily Count: **231**

Highest Daily Count: **249**

Lowest Daily Count: **212**

*Report_Jail:AverageStats_1*         *1063*

000682

EXHIBIT 11