IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

(1) PHILIP SANDERS, an Individual and Husband and Next of Kin of BRENDA JEAN SANDERS, Deceased,

    Plaintiff,

-vs-    No. 17-cv-492-JHP-FHM

(1) CREEK COUNTY BOARD OF COUNTY COMMISSIONERS, and (2) SHERIFF BRET BOWLING, in his official capacity as Creek County Sheriff, and (3) TURN KEY HEALTH CLINICS, a limited liability company,

    Defendants.

### *DEPOSITION OF NICHOLAS GROOM*

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

MAY 6, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:  RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258

EXHIBIT 2

|    |    |    |
|----|----|----|
| 1  |    | call someone with Turn Key when you're working? |
| 2  |    | Were there any situations you were trained that you |
| 3  |    | should contact someone at Turn Key? |
| 4  | A. | Someone at Turn Key, you mean like the doctor or -- |
| 5  | Q. | Doctor, nurse. |
| 6  | A. | -- boss? |
| 7  | Q. | Yeah, boss. |
| 8  | A. | I mean, it could be just any situation at all.  If |
| 9  |    | I was out of supplies or something I couldn't get |
| 10 |    | ordered, contact my boss or, you know, I contact the |
| 11 |    | physician if someone had a decline in condition or |
| 12 |    | needed to be transferred out.  Other times if we saw |
| 13 |    | that someone was in an emergency need, we would go |
| 14 |    | ahead and transfer them out before calling the |
| 15 |    | doctor.  Just use our discretion.  Of course, we |
| 16 |    | talked to the doctor every day regardless to give |
| 17 |    | her a report and get any orders for any patients or |
| 18 |    | new patients. |
| 19 | Q. | Anything else? |
| 20 | A. | There's just, I'm sure, lots of examples, but |
| 21 |    | that's the general -- |
| 22 | Q. | Who were the different doctors that you |
| 23 |    | communicated with while you were at Creek County? |
| 24 | A. | There was Lela Goatley and she was the ARNP, the |
| 25 |    | nurse practitioner.  She was the one that came once |

|    |    |    |
|----|----|----|
| 1  |    | weekly and that we contacted for orders.  If we |
| 2  |    | couldn't contact her we called William Cooper; he is |
| 3  |    | the -- I believe the medical director over all of |
| 4  |    | Turn Key and he would always respond really quickly |
| 5  |    | and answer us.  So those were the two. |
| 6  | Q. | So Goatley is a doctor? |
| 7  | A. | She's a nurse practitioner, so she's able to write |
| 8  |    | orders, she's able to see patients.  They have their |
| 9  |    | own clinics even. |
| 10 | Q. | That's not my question.  My question is, is Lela |
| 11 |    | Goatley a doctor? |
| 12 | A. | No. |
| 13 | Q. | Did she ever go to medical school? |
| 14 | A. | No. |
| 15 | Q. | And what is it you say her license is? |
| 16 | A. | Advanced registered nurse practitioner. |
| 17 | Q. | Can she prescribe medications? |
| 18 | A. | Yes. |
| 19 | Q. | Is there a limit to what she can prescribe? |
| 20 | A. | I don't have that certification, so I don't fully |
| 21 |    | know.  I'd imagine maybe some narcotics.  I believe |
| 22 |    | she has full prescribing power.  You'd have to ask |
| 23 |    | the physician that. |
| 24 | Q. | So you believe she has a DEA number? |
| 25 | A. | Yes. |