

Gary L. Richardson
Charles L. Richardson
Paul T. Boudreaux
Jason C. Messenger
Raymond S. Allred

William Z. Duncan
Colton L. Richardson

Judi Whitmore RN MSN CLNC

7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 Tel ★ (918) 493-1925 Fax
www.RRBOK.com

July 6, 2020

Michael L. Carr
Collins Zorn Wagner
429 NE 50th – Second Floor
Oklahoma City, OK 73105

Paulina Thompson
9801 North Broadway Extension
Oklahoma City, OK 73114

    Re:  Sanders vs. Turn Key

Dear Counsel:

    Enclosed please find a Subpoena to Permit Inspection of the Creek County Jail. We have issued the subpoena for 9:30 a.m. on July 20, 2020. We will, of course, work with both offices on a mutually agreeable date, if needed.

Respectfully,

Colton L. Richardson
For the Firm

Enclosures

People ★ Passion ★ Purpose

**EXHIBIT 2**