# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Philip Sanders,

                                    Plaintiff(s),

vs.                                                          Case Number: 17-cv-00492-JED-CDL
                                                             Proceeding: Motion Hearing #92; #98;  #112
Turn Key Health Clinics et al,                               (by telephone)
                                    Defendant(s).            Date: 12-9-2020
                                                             Court Time: 10:00 a.m.

### MINUTE SHEET

  Christine D. Little, U.S. Magistrate Judge          T. Calico, Deputy Clerk          Conf Rm, Reporter

Counsel for Plaintiff:    Charles Richardson; Colton Richardson

Counsel for Defendant:     Paulina Thompson

Intervenor: Larry Holland:    N/A

Movant: Jessica Mobley & William Cooper:     Paulina Thompson

Non-Party Creek County Sheriff's Office:   Ambre Gooch


Minutes: Case called for Motion hearing; Motion hearing held by telephone; Motion to Compel

[Dkt #92] is granted in part and denied in part; Motion to Quash [Dkt #98] is granted in part;

Motion to Compel [Dkt #112] is granted in part as stated on the record

_____ Court Time 10:04 - 10:48 _____

**EXHIBIT**

**3**

Minute Sheet General                                                                  CV-01 (12/04)