From: **Colton L. Richardson** colton@rrbok.com
Subject: Re: Sanders v. Turn Key
Date: February 23, 2021 at 2:16 PM
To: Ambre Gooch ACG@czwlaw.com
Cc: clr@rrbok.com, ayoung@johnsonhanan.com, ssnider@johnsonhanan.com, Michael L. Carr MLC@czwlaw.com, Gaye L Price GLP@czwlaw.com, Carrie Todd CMT@czwlaw.com, Stacy Stark sds@rrbok.com

Ambre,

As stated in our letter that we sent to you, we are willing to work on the date to accommodate both you and opposing counsel.

Discovery cutoff is April 8th. Trial date is in December. The Magistrate does not have authority to allow us to inspect the jail or do any other discovery after the discovery cutoff, only the US District Judge. Magistrate Little made no comment that "she would allow" the inspection after the discovery cutoff.

The parameters that we can agree to:

- Photos taken can be protected by the PO
- No talking with staff or inmates

The parameters that we suggest:

- No more than two party representatives allowed
- "No video or audio recording equipment is allowed" — most photography cameras are capable of taking pictures, video, and audio. We cannot agree to this. However, we can agree that no videos or audio will be taken.
- "No persons are allowed to be in the photos" — we agree that no inmates or staff will be in pictures. If there is a time that counsel feels it be relevant, an individual may be in picture only for purpose of establishing dimensions (i.e. comparing to human size). However, we can agree that no pictures will be taken of CCSO staff or inmates.

We would like to inspect the following:

- Booking area
- Cells in booking area where Sanders was located at any time
- Hallway to area where ambulance arrived
- Garage/bay where the ambulance loaded Sanders
- Nursing office or any offices used by Turn Key

We are not sure where or if any counsels for Turn Key would like to inspect, as this was our subpoena served.

For the reasons above, we cannot agree to withdraw this subpoena, but we can agree upon another date prior to April 8th. Please let me know your intentions or other available dates. Thank you.

**Colton L. Richardson**
*Associate Attorney* | colton@rrbok.com
Richardson Richardson Boudreaux | (918) 492-7674

Confidentiality Notice: This email transmission is intended only for the use of the person to whom it is addressed. It may contain information that is confidential, privileged or otherwise exempted from disclosure. If you are not the intended recipient or the person authorized to deliver this email to the intended recipient, you are hereby notified that any dissemination of this email is prohibited. If you have received this email in error, please notify us immediately by replying to this message or calling the author and deleting its contents from your inbox.

On Feb 22, 2021, at 3:31 PM, Ambre Gooch <ACG@czwlaw.com> wrote:

Colton: We received the attached SDT to do an inspection of the Creek County Jail on 3-15-21. You know our position on this based on the briefing and the hearing that has occurred on this very subject. There are parameters that have to be agreed upon and the date/time have to be agreed upon, or it won't proceed. Regardless of the parameters being agreed upon or not, though, March 15, 2021 will not work due to the pandemic and to my work schedule. As I recall, the Court explained at the last hearing that if we can't agree on the parameters, she'll entertain a Motion which addresses them. Further, as I recall, the Court commented that the inspection need not occur prior to discovery cutoff, if the pandemic is still an issue. I don't know when your discovery cutoff or trial date is. When are these deadlines?

EXHIBIT 6

Here are the parameters:

One party representative is allowed.
No video or audio recording equipment is allowed.
One person may take photographs, and those photos will be shared with all parties and with me within 48 hours of the inspection. The photos must be protected by a PO in the case that limits their use and disclosure to this lawsuit only and to counsel for the parties in this case. If this does not exist, would someone please draft one? If it does exist, would you please send it to me so that I can review?
No talking to staff or inmates will be permitted.
No persons will be allowed to be in the photos that are taken.
The only locations that can be "inspected" must be agreed upon in advance by the parties in this case and by my client. I suggest that you and Plaintiff get together and decide what you want inspected, and then let me know what that is, and I will get back with you on it.

As you now know the inspection will occur at some point before trial, seems to me you should withdraw the SDT for 3-15-21. So, will you please withdraw the SDT for the inspection to occur on 3-15-21? Please let me know.

* * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * * * * *

Notice: This e-mail message and any attachment(s) are intended only for the named recipient(s) above. If you are not the intended recipient, you must not review, retransmit, forward, print, copy, use or disseminate the email and/or any attachments. This email and any attachment(s) contain information which may be legally privileged, attorney work-product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please notify me at (405) 524-2070 or by return email and delete this e-mail message from your computer. If this email contains a forwarded email or is a reply to a prior email, the contents may not have been produced by the sender and therefore both I and/or Collins, Zorn & Wagner, P.C. are not responsible for its contents.

* * * * * * * * * * *

These notices are automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure this e-mail is virus free and no responsibility is accepted by either Collins, Zorn & Wagner, P.C. or me for any loss or damage arising in any way from its use.

&lt;Subpoena to Creek County Sheriff's Office.pdf&gt;&lt;Ltr from C. Richardson 021721 re Subpoena to Insp. Jail.pdf&gt;