IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

(1) PHILIP SANDERS, an )
Individual and Husband and )
Next of Kin of BRENDA JEAN )
SANDERS, Deceased, )
)
        Plaintiff, )
)
  -vs- ) No. 17-cv-492-JHP-FHM
)
(1) CREEK COUNTY BOARD OF )
COUNTY COMMISSIONERS, and )
(2) SHERIFF BRET BOWLING, )
in his official capacity as )
Creek County Sheriff, and )
(3) TURN KEY HEALTH CLINICS,)
a limited liability company,)
)
        Defendants. )

***DEPOSITION OF NICHOLAS GROOM***

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

MAY 6, 2020

REPORTED BY:   RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258


EXHIBIT 3

```
 1  Q.  And you're an LPN?
 2  A.  Yes.
 3  Q.  What's the board you're licensed through?
 4  A.  Oklahoma Board of Nursing.
 5  Q.  Ever had any complaints filed against you with the
 6      Oklahoma Board of Nursing?
 7  A.  No.
 8  Q.  Ever been terminated from a job?
 9  A.  No.
10  Q.  Ever left a job because --
11  A.  It wasn't a nursing job - I take that back - it was
12      a registration job that they weren't really doing
13      any more on their moving.  I was laid off but I got
14      unemployment, so I wasn't really terminated for
15      cause or anything like that, but to answer your
16      question, I mean, yes.
17  Q.  Finished your LPN in 2014?
18  A.  Yes, I believe so.
19  Q.  Where did you go to work after that?
20  A.  Rainbow Nursing Home in Bristow.
21  Q.  How long were you there?
22  A.  I was there till January '16 when I started with
23      Turn Key at the Creek County Justice Center.
24  Q.  January 2016?
25  A.  January of 2016.  I believe it was the 21st right
```

| | | |
|---|---|---|
| 1 | | before my birthday. |
| 2 | Q. | What led you to leave Rainbow Nursing? |
| 3 | A. | I got the offer and found out about the job.  You |
| 4 | | know, it was just a change, new opportunity. |
| 5 | Q. | What were you doing at Rainbow Nursing? |
| 6 | A. | Just standard LPN duties:  wound care and finger |
| 7 | | sticks and doing insulin.  Just managing the |
| 8 | | day-to-day health aides of the residents there, |
| 9 | | calling the doctors if I saw anything, things like |
| 10 | | that. |
| 11 | Q. | What's your understanding as to the limits for an |
| 12 | | LPN on what type of treatment that you give or |
| 13 | | diagnosing? |
| 14 | A. | You can't diagnose as a nurse.  We don't diagnose; |
| 15 | | that's for the physicians.  Basic procedure.  Any |
| 16 | | kind of cutting, anything like that, even clipping a |
| 17 | | diabetic's toenails, you know, you wouldn't do that. |
| 18 | | Full nursing assessments, that's done by an RN. |
| 19 | | Just small, specific things procedure-wise. |
| 20 | Q. | How many hours are required for a LPN license? |
| 21 | A. | I couldn't give you the specific hours needed.  I |
| 22 | | know our program was 12, 15 or 18 months.  You just |
| 23 | | had to complete all your coursework and it was just |
| 24 | | self paced, so the definite hours I couldn't tell |
| 25 | | you. |

| | | |
|---|---|---|
| 1 | Q. | Have you ever applied to college to get a nursing |
| 2 | | license? |
| 3 | A. | Beyond the LPN? |
| 4 | Q. | Yes. |
| 5 | A. | Yes, I applied and was accepted to Langston for my |
| 6 | | Bachelor's.  Just some things come up and it wasn't |
| 7 | | the right time, so I didn't end up going when I did |
| 8 | | apply and get accepted. |
| 9 | Q. | When was that? |
| 10 | A. | I couldn't tell you the exact year. |
| 11 | Q. | Do you have a range of years? |
| 12 | A. | I think I did twice, like maybe once in 2008, which |
| 13 | | would have been even before I had a nursing license, |
| 14 | | and I think in '15 I may have talked to them too as |
| 15 | | well, but I'm not sure.  I think it was around that |
| 16 | | time. |
| 17 | Q. | How did you find out about an opportunity to work |
| 18 | | at Turn Key? |
| 19 | A. | My -- I think it was my mother told me about it |
| 20 | | actually through someone she knew at the company, |
| 21 | | Flint Junod, and then I called him and we set up an |
| 22 | | interview with the boss at Creek County and went |
| 23 | | from there. |
| 24 | Q. | Your mom's name? |
| 25 | A. | Vicki Groom, V-i-c-k-i. |