1

```
        IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT


(1) PHILIP SANDERS, an            )
Individual and Husband and Next   )
of Kin of BRENDA JEAN SANDERS,    )
Deceased,                         )
                                  )
              Plaintiff,           )
                                  )
     - VS -                       )Case No.:
                                  )17-cv-492-JHP-FHM
                                  )
(1) CREEK COUNTY BOARD OF COUNTY  )
COMMISSIONERS, AND (2) SHERIFF    )
BRET BOWLING, in his official     )
capacity as Creek County          )
Sheriff, AND (3) TURN KEY HEALTH  )
CLINICS, a limited liability co.  )
                                  )
              Defendants.         )
```

_DEPOSITION OF CHERYL GREEN_, taken on behalf of the Plaintiff, before Elise Grayson Cruchon, Certified Shorthand Reporter, at 7447 South Lewis Avenue, Tulsa, Oklahoma, on the 11th day of March, 2020, pursuant to stipulations of the parties.

---

ELISE GRAYSON CRUCHON, CSR

REPORTED BY:
Elise Grayson Cruchon, CSR
440 South Houston
Suite 114
Tulsa, Ok   74127

ELISE GRAYSON CRUCHON, CSR
(918) 629.1108


EXHIBIT 4

```
 1              correct?
 2     A.       That is correct.
 3     Q.       Because above it, it says who signed Nurse
 4              (RN) Green, C; do you see that?
 5     A.       Yeah, that's not me.
 6     Q.       You've got a lot better eyes than I've got.
 7                     Have you ever heard of a utilization
 8              manager?
 9     A.       Utilization manager?
10     Q.       Yes, ma'am.
11     A.       No, I have not.
12                     MR. RICHARDSON:  That's all the
13              questions I got for you.
14                     THE WITNESS:  All righty.
15                     MS. THOMPSON:  I have just a few
16              questions to follow-up, and then you should be
17              done.
18                     CROSS EXAMINATION
19     BY MS. THOMPSON:
20     Q.       Cheryl, you're an LPN, not a doctor, correct?
21     A.       Correct.
22                     MR. RICHARDSON:  Object to form.
23     Q.       (BY MS. THOMPSON)  You don't have any
24              physicians training?
25     A.       I do not.
```

```
 1    Q.    Are you an APRN?
 2    A.    No, I'm not.
 3    Q.    Do you hold any other advanced practice
 4          nursing degrees?
 5    A.    No, I do not.
 6    Q.    Are you trained to diagnose any disease?
 7    A.    No.
 8    Q.    Are you authorized to prescribe medications?
 9    A.    No.
10    Q.    So when earlier you looked at different
11          conditions in medical records that the
12          Plaintiff's counsel, Mr. Richardson, had
13          showed you --
14    A.    Uh-huh.
15    Q.    -- and you did some spelling of those,
16          remember?
17    A.    Yes.
18    Q.    Are you trained to diagnose any of those
19          conditions?
20    A.    No.
21    Q.    Are you trained to treat any of those
22          conditions?
23    A.    No.
24    Q.    Do you recall observing Brenda Sanders having
25          any of those conditions?
```

```
 1              MR. RICHARDSON:  Objection to form.
 2     A.   No.
 3     Q.   (BY MS. THOMPSON)  If you were to take a look
 4          at the Turn Key Medical Intake Form that we
 5          looked at earlier, do you have that in front
 6          of you?
 7     A.   Yes.
 8     Q.   Okay.  You had testified earlier that where it
 9          says Medication, check boxes here said, no,
10          that one of them should be checked?
11     A.   Correct.
12     Q.   Looking at the rest of this form, can you
13          still tell whether or not Brenda Sanders was
14          on some medications at intake?
15     A.   Yes.
16     Q.   How can you tell that?
17     A.   Down here it has the medications that she is
18          on -- that she told us she was on.
19     Q.   So even though one of these boxes is not
20          checked, are you still able to know what the
21          answer is to that question based on this form?
22     A.   Yes.
23     Q.   What is that answer?
24     A.   That she was on medications.
25     Q.   And are those medications listed?
```