1

IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

PHILIP SANDERS, an Individual)
and Husband and Next of Kin  )
of BRENDA JEAN SANDERS,      )
Deceased,                    )
    Plaintiff,              )
                             )
VS.                          ) Case No: 17-cv-492-JHP-FHM
                             )
CREEK COUNTY BOARD OF COUNTY )
COMMISSIONERS and SHERIFF    )
BRET BOWLING, in his official)
Capacity as Creek County     )
Sheriff, and TURN KEY HEALTH )
CLINICS, a limited liability )
Company,                     )
    Defendants.             )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF TAMARA DAVIS

TAKEN ON BEHALF OF THE PLAINTIFF

ON THE 14TH DAY OF AUGUST, 2020,

AT THE WASHITA COUNTY COURTHOUSE

CORDELL, OKLAHOMA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

APPEARANCES:
Charles L. Richardson, 7447 S. Lewis Ave., Tulsa, Oklahoma
74136, on behalf of the Plaintiff.

Paulina Thompson, 9801 N. Broadway Extension, Oklahoma City,
Oklahoma 73114, on behalf of the Defendant Turn Key Health
Clinic.

REPORTED BY:
Sherri L. Waldrop, CSR, RPR
P.O. Box 603
Cordell, Oklahoma 73632
25    (580)832-2143
                         INDEX

-- TAMARA DAVIS DEPO 8/14/20 --


EXHIBIT 5

```
 1    recall what they were called, but we had paperwork that
 2    our -- that the medical director had issued or we would
 3    bring them in for sick call, check them over, do the
 4    assessment, do all the documentation on it, and if it was --
 5    we would call their provider and get an order for what it
 6    required -- the documentation required, and then we would
 7    move them over to the list to see the provider if it was an
 8    ongoing issue or they needed to be seen.
 9    Q.   What do you mean by documentation?
10    A.   It was a nurse documentation a provider -- that the
11    provider looks over when they come in if they needed to give
12    an order.  I can't -- I don't -- I can't remember what the
13    name of the paperwork is called.
14    Q.   Okay.  If you remember that, will you let me know?
15    A.   Yes, sir.
16    Q.   All right.  So was there documentation that was
17    different for different conditions?
18    A.   Yes.
19    Q.   Was there any paperwork for someone that was suffering
20    from diarrhea?
21    A.   Yes.
22    Q.   Do you remember what was included in -- what needed to
23    be documented if someone had diarrhea?
24    A.   You would document the color of the stool, the
25    consistency of the stool, any GI discomfort, their vital
```

```
 1    signs, any medication allergies, and then it would give a
 2    standing order on the bottom of what to give per symptoms.
 3    And then, if it was an emergency issue, there's
 4    documentation on the bottom to go over and then call the
 5    provider.
 6    Q.   What would constitute an emergency when it comes to
 7    diarrhea?
 8    A.   I don't recall what's on the -- what was all on the
 9    paperwork.
10    Q.   Okay.  I take it that if it was not considered an
11    emergency, that person would be scheduled to see the
12    provider the next time the provider came?
13    A.   If the symptoms continued.
14    Q.   How long would the symptoms need to continue for, say,
15    diarrhea before they should see a provider?
16    A.   I don't recall what was on the documentation.
17    Q.   All right.  What's the importance of the color of the
18    diarrhea?
19    A.   Depending -- I'm not -- I'm not a doctor.
20    Q.   Yeah.
21    A.   I don't -- I can't diagnosis that, but, I mean, if
22    there was blood in it, if it was dark.  I don't --
23    Q.   I know you may not know the importance of what each one
24    means but --
25    A.   Yes, sir.
```

```
1    Q.    -- just what were you all supposed to report?
2    A.    The color and consistency.  Like if it was light brown,
3    dark brown, red, yellow, that was all to be documented on
4    the documentation.
5    Q.    Okay.  Do you know why it is you all were supposed to
6    report if there was GI discomfort?
7    A.    No, sir.
8    Q.    What's considered GI discomfort?
9    A.    Abdominal discomfort, cramps, bloating, nausea,
10   vomiting.
11   Q.    If someone had diarrhea, what would have to occur in
12   order for a provider to be immediately contacted?
13   A.    I don't recall.
14   Q.    Did each facility have a procedure to follow in regards
15   to whether it would be an immediate issue or it could wait
16   until the provider showed up?
17   A.    Yes, sir.
18   Q.    Was all that contained in the document that you can't
19   think of right now?
20   A.    Yes, sir.
21   Q.    Okay.  If an inmate's had diarrhea for more than a
22   week, was it your understanding they should see a provider?
23   A.    Yes, sir.
24   Q.    I used a week.  Is there a specific number of days a
25   person should have diarrhea before they're supposed to see
```