IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

PHILIP SANDERS, an )
Individual and Husband and )
Next of Kin of BRENDA JEAN )
SANDERS, Deceased, )
)
        Plaintiff, )
)
  -vs- ) No. 17-cv-492-JHP-FHM
)
TURN KEY HEALTH CLINICS, )
a limited liability company,)
)
        Defendants. )

### *DEPOSITION OF KERRI FERRIS*

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

SEPTEMBER 29, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:   RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258



EXHIBIT 6

| | | |
|---|---|---|
| 1 | A. | It's a condition of the liver and it can cause a |
| 2 | | yellowing of the skin. |
| 3 | Q. | It's a condition of the liver and -- I'm sorry? |
| 4 | A. | It can cause a yellowing of the skin. |
| 5 | Q. | Besides yellowing of the skin, have you been told |
| 6 | | any other things to look for? |
| 7 | A. | I don't have any direct contact or haven't had any |
| 8 | | direct contact with patients who have had jaundice. |
| 9 | | It's not my specialty, so I haven't cared for people |
| 10 | | with jaundice in the past. |
| 11 | Q. | My question, though, is have you ever been told |
| 12 | | what to look for to determine if someone has |
| 13 | | jaundice? |
| 14 | A. | It would be in their skin color, and lab work would |
| 15 | | probably give more indication on that. |
| 16 | Q. | Besides skin color and lab tests, is there anything |
| 17 | | else you've been taught to look for in order to |
| 18 | | determine if someone is jaundiced? |
| 19 | A. | Not that I can think of. |
| 20 | Q. | Do you know what septic is? |
| 21 | A. | I do. |
| 22 | Q. | What is septic? |
| 23 | A. | I have learned in nursing school that it's an |
| 24 | | infection of the body. |
| 25 | Q. | Were you taught in school what to look for in order |

1        to determine if someone is septic?
2    A.  Yes.
3    Q.  And what were you told to look for?
4    A.  They may have different symptoms:  vomiting, low
5        vital signs, low heart rate, low blood pressure.
6    Q.  Anything else?
7    A.  Not that I can think of.
8    Q.  Have you ever treated anyone that was septic?
9    A.  Not in -- not that I can recall.
10   Q.  Do you know if there were any protocols at Turn Key
11       when it came to treating someone that was septic?
12   A.  Not that I can recall.
13   Q.  Have you ever treated someone that's had diarrhea?
14   A.  Yes.
15   Q.  Were there any protocols at Turn Key for treating
16       someone with diarrhea?
17   A.  Yes, I believe so.
18   Q.  And what were those?
19   A.  I don't recall all of the instructions for each of
20       the protocols.
21   Q.  Which ones do you recall for diarrhea?
22   A.  I don't.
23   Q.  From your training have you ever been trained on
24       how to treat someone with diarrhea?
25   A.  It would depend on other factors.  I can't

```
 1        diagnose, I'm not a physician.
 2   Q.   Well, what would you look for if you were trying to
 3        determine if someone was suffering from diarrhea?
 4   A.   If they had mentioned it to me.
 5   Q.   Anything else?
 6   A.   They may have other symptoms, you know,
 7        dehydration.
 8   Q.   Anything else?
 9   A.   Not that I can think of.
10   Q.   Do you know who Brenda Sanders is?
11   A.   No, I do not.
12   Q.   When you were working at Turn Key, did you ever
13        treat Brenda Sanders?
14   A.   I believe that I did; otherwise, I more than likely
15        wouldn't be here.  I believe that I did.
16   Q.   Do you recall anything about the treatment that you
17        provided to Brenda Sanders?
18   A.   I don't.
19   Q.   If someone was needing continuous medical care, was
20        it your understanding that they would be moved to
21        the booking area?
22   A.   I believe so, or anyone who was under any sort of
23        watch.
24   Q.   Did anyone ever tell you that Brenda was under any
25        type of a watch?
```