**Inmate Medical Form**
## CREEK COUNTY SHERIFFS OFFICE

DATE: 11/20/2016
TIME: 11:26:25AM

Name: SANDERS, BRENDA JEAN   Date Of Birth: 07/10/1960   Date: 11/20/2016
Booking #: 57049   Jacket: 71475   Race/Sex: I/F   Intake Date: 10/17/2016   Time: 11:26
Height: 504   Weight: 110

| Answer | Question | # |
|---|---|---|
| No | Is inmate unconscious? | 1 |
| No | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate emergency or doctor's care? | 2 |
| No | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread though the facility? | 3 |
| No | Any signs of poor skin condition, vermin, rashes or needle marks? | 4 |
| No | Does inmate appear to be under the influence of drugs or alcohol? | 5 |
| No | Any visible signs of alcohol or drug withdrawal? | 6 |
| No | Does inmates behavior suggest the risk of suicide or assault? | 7 |
| No | Is inmate carrying medication? | 8 |
| No | Does inmate have any physical deformities? | 9 |
| No | Does inmate appear to have psychiatric problems? | 10 |
| No | Allergies | 11 |
| No | Arthritis | 12 |
| No | Asthma | 13 |
| No | Diabetes | 14 |
| No | Epilepsy | 15 |
| No | Fainting Spells | 16 |
| No | Venereal Disease | 17 |
| No | Other (specify) | 18 |
| No | Are you pregnant? | 19 |
| No | Do you take birth control pills? | 20 |
| No | Have you recently been hospitalized or treated by a doctor? | 21 |
| Yes | Do you currently take any medication prescribed by a doctor? SEVERAL MEDICATION. | 22 |
| No | Are you allergic to any medication? | 23 |
| No | Do you have any handicaps or conditions that limit activity? | 24 |
| No | Have you ever attempted suicide or are you thinking about it now? | 25 |
| No | Do you have any problems when you stop drinking or using drugs? | 26 |
| No | Do you have a special diet prescribed by a physician? | 27 |
| No | Do you have any problems or pain with your teeth? | 28 |
| No | Do you have any other medical problems we should know about? | 29 |
| No | Have you recently delivered? | 30 |
| No | Hepatitis | 31 |
| No | Heart Condition | 32 |
| Yes | High Blood Pressure | 33 |
| No | Psychiatric Disorder | 34 |
| No | Seizures | 35 |
| No | Tuberculosis | 36 |
| No | Ulcers | 37 |
| No | Is the inmate bleeding profusely | 38 |
| No | How Injury was Received. | 39 |
| No | Description of any recent physical injury | 40 |

NOTE: Any question No. 4416, P. 2  was not answered.   Form_InmateMedi   1/22

Oct. 30. 2017 3:58PM