**TURN KEY HEALTH**

## MEDICAL INTAKE FORM

NAME: Sanders, Brenda  DOB: 7-10-60  SS/INMATE#: _____
HEALTH INSURANCE: ☒ YES ☐ NO  CARRIER/POLICY NUMBER: CDIB — creek
☐ MALE ☒ FEMALE
RACE: ☐ WHITE ☐ BLACK ☐ ASIAN ☒ AMERICAN INDIAN ☐ HISPANIC
OTHER _____
SENT FOR A FIT? ☐ YES ☒ NO  REASON: _____

ALLERGIES: NKA
MEDICATION ☐ YES ☐ NO  WHAT MEDICATION: _____

INMATE CHECKED FOR HEAD LICE? ☒ YES  TREATMENT NEEDED? ☒ YES  ___ NO
ANY INJURIES TO REPORT DUE TO ARREST OR BOOKING? YES ☒ NO  What? _____
WEAR GLASSES, CONTACTS, DENTURES, PARTIAL, HEARING AIDS, OR USE ANY PROSTHESIS OR MEDICAL DEVICE?
IF SO WHAT? _____  HAVE ON PERSON? N  PLACED IN PROPERTY? N

VITALS: TEMP ___  B/P 138/62  PULSE 86  O2SAT 95  WEIGHT 125

LIST ALL CURRENT MEDICATIONS INCLUDE DOSAGE, FREQUENCY, LAST TIME TAKEN AND PHARMACY?
Ibuprofen BP/Stomach pill   Norvasc 5mg
Ranitidine 20;   OK creek Indian
Relaxation 300   We have bottles   clinic
                                 Prilosec 20  Ibu

### MEDICAL ILLNESS: CHECK ANY CURRENT OR PAST CONDITIONS:
☐ HEART ATTACK/CARDIAC DISEASE EXPLAIN _____ WHEN _____
☒ HIGH B/P 2011
☐ CANCER/ONCOLOGY- TYPE _____
☐ LUNG DISEASE _____
☐ STROKE _____
☐ ASTHMA _____
☐ DIABETES ___ INSULIN ___  CURRENT FSBS ___  EXPLAIN ___
☒ SURGERIES Gallbladder 2012
☐ SEIZURE ___  DATE OF LAST SEIZURE _____
☐ HIV/AIDS ___ HOW LONG? ___ CURRENT MEDS? ___ LAST LAB ___
☐ STD'S ___ TYPE ___
☐ MAJOR DENTAL CONDITIONS _____
☐ HEPATITIS-TYPE: ___ HOW LONG? ___

HISTORY OF TB / POSITIVE TB SKIN TEST? WHEN ___ WHERE ___ TREATMENT ___
HAVE YOU RECENTLY EXPERIENCED: CHRONIC COUGH – COUGHING UP BLOOD – LETHARGY – BODY WEEKNESS –
MORE THAN 10 LBS WEIGHTLOSS IN THE LAST MONTH – LOSS OF APPETITE – FEVER, NIGHT SWEATS? IF YES TO
ANY, EXPLAIN: _____

APPEARANCE – SWEATING – TREMORS – ANXIOUS – DISHEAVELED – **UNREMARKABLE**
BEHAVIOR – NERVOUS – DISORDERLY – INSENSIBLE – **APPROPRIATE**
STATE OF CONSCIOUSNESS – ALERT – LETHARGIC – UNDER THE INFLUENCE
BREATHING – LABORED – PERSISTENT COUGHING – HYPERVENTILATING – **UNREMARKABLE**
EASE OF MOVEMENT – DEFORMITIES – UNSTABLE GAIT – ASSITIVE DEVICE – **UNREMARKABLE**

TK Records008

SKIN – DO YOU CURRENTLY HAVE: RASHES – SORES – WOUNDS – JAUNDICE – SKIN CONDITIONS – BRUISES – TRAUMA MARKINGS – NEEDLE MARKINGS – RECENT TATTOOS? WHERE/CONCERNS? _____

**FEMALE HEALTH**
ARE YOU PREGNANT NOW? ☐ YES ☒ NO ☐ DON'T KNOW   LAST MENSTRAUL CYCLE 2002
IF PREGNANT EDD? _____ # OF PREGNANCIES 4   # OF LIVE BIRTHS 4
PROBLEM IN PREGNANCIES? N   HIGH RISK ☐ YES ☒ NO (TYPE OF DELIVERY) _____
OB/GYN NAME: _____ PHONE# _____
LAST VISIT DATE: _____ NEXT APPT SCHEDULE: _____

**MENTAL HEALTH**
HAVE YOU EVER HAD A MENTAL ILLNESS? ☐ YES ☐ NO
EXPLAIN  Anxiety, Depression
ARE YOU CURRENTLY SEEN BY MENTAL HEALTH PROFESSIONAL? ☒ YES ☐ NO
WHO?  Creek nation
HAVE YOU EVER TAKEN ANY MENTAL HEALTH MEDS? ☒ YES ☐ NO
WHAT  Lexapro
ATTEMPTED SUICIDE? ☐ YES ☒ NO   EXPLAIN: _____
ANY CURRENT SUICIDAL THOUGHTS? ☐ YES ☒ NO   EXPLAIN: _____

ARE YOU USING OR HAVE YOU EVER USED ANY OF THE FOLLOWING? DATE OF LAST USE?
☐ TRANQUILIZERS _____
☐ OPIATES _____
☐ BARBITUATES _____
☐ LSD/HALLUCINOGENS/PCP _____
☐ MARIJUANA _____
☐ AMPHETAMINE/SPEED _____
☐ GLUE/SOLVENT/INHALANT _____
☐ HEROIN _____
☐ CRACK/COCAINE _____
☒ ALCOHOL  10-11-16
☐ OTHER _____

HAVE YOU EVER HAD OR ARE YOU CURRENTLY HAVING ANY WITHDRAWAL SYMPTOMS WHEN YOU STOPPED DRUGS OR ALCOHOL?  ☐ YES  ☒ NO   EXPLAIN: _____

OTHER COMMENTS OR PHYSICAL FINDINGS: _____

RECOMMENDED HOUSING BASED ON MEDICAL/MENTAL HEALTH EVALUATION:
☐ TRANSPORT TO HOSPITAL
☐ RECOMMENDED GENERAL POPULATON
☐ SUICIDE PRECAUTIONS
☒ RECOMMENDED MEDICAL HOUSING / ISOLATION DUE TO:  Lice Infestation

INSTRUCTED ON HOW TO ACCESSS MEDICAL/ MENTAL HEALTH CARE? ☒ YES ☐ NO

MEDICAL EVALUATION PREFORMED BY: _[signature]_
MEDICAL EVALUATION DATE: 10/18/16

7-10-60
Sanders, Brenda