# *Kimberly M. Pearson, MHA, MBA, RN, CCHP*

1615 Ashland Bluff Way, Reno, NV 89523

775-420-5906 (office) / 951-205-3077 (cell)

CorrectionalHealth@icloud.com

---

## Professional Experience

| | |
|---|---|
| KP Consulting, LLC<br>Reno, NV<br>President/CEO<br>Correctional Healthcare Consultant – 2014 to present<br>Healthcare Consultant – 1994 - 2014 | 2014 - Present |
| Orange County Health Care Agency<br>Correctional Health Services, Santa Ana, CA<br>Correctional Health Consultant – 2018 - 2019<br>Deputy Agency Director – 2013 to 2018<br>Chief of Operations – 2011 to 2013<br>Director of Nursing – 2010 to 2011 | 2010 - 2019 |
| New Mexico Oncology Hematology Consultants, Ltd.<br>New Mexico Cancer Center – Gallup, NM<br>Practice Manager | 2007 - 2009 |
| Gallup Med Flight, Gallup, NM<br>Flight Program Director / Flight Nurse | 2006 – 2007 |
| OSF Saint Francis Medical Center, Peoria, IL<br>Emergency Medical Services (EMS) System Manager | 1999 – 2005 |
| OSF Saint Francis Medical Center, Peoria, IL<br>Nursing House Supervisor,<br>Quality Assurance and Utilization Review Analyst;<br>Staff Nurse – Emergency/Trauma, Medical & Coronary ICU | 1990 – 1999 |
| Proctor Hospital, Peoria, IL<br>Nurse Manager – Medical / Respiratory Unit | 1988 – 1990 |
| El Camino Hospital, Mountain View, CA<br>Medical / Nephrology Unit<br>Assistant Nurse Manager / Staff Nurse | 1985 – 1988 |



# Education

- Master of Business Administration – University of St. Francis, Joliet, IL -- 2009
- Master of Science in Health Care Administration -University of St. Francis, Joliet, IL -- 2004
- Bachelor of Science in Health Arts -- University of St. Francis, Joliet, IL -- 1990
- Diploma in Nursing - Saint Francis College of Nursing – Honors Graduate --1984

# Professional Affiliations

- Academy of Correctional Health Care Professionals – Board of Directors 2018-2021 / member
- BSCC (California Board of State and Community Corrections) – invited participant for revision of California Minimum Standards for Local Detention Facilities, Title 15-Crime Prevention and Corrections
- NCCHC (National Commission on Correctional Health Care) – Past Jail Accreditation Surveyor
- WACHSA (Western American Correctional Health Services Association) - member
- ACHSA (American Correctional Health Services Association) – previous Chapter board member
- ACA (American Correctional Association) – member
- AJA (AMERICAN JAIL ASSOCIATION) – member
- ACNA (American Correctional Nurses Association) – member

# Professional Licenses, Certifications, Training & Awards

- National Award Recipient:  Excellence in Executive Leadership – 2016 Nurse.com Nursing Excellence GEM Awards (Giving Excellence Meaning)
- CCHP (Certified Correctional Healthcare Professional) – current certification / since 2011
- California State Association of Counties (CSAC) – Fellow credential
- California State Association of Counties (CSAC) -- California County Senior Executive credential
- Six Sigma Green Belt certification – 2002
- Legal Nurse Consultant – Medical-Legal Consulting Institute, Houston, Texas – 1994
- Crisis Prevention & Intervention Training
- Management of Assaultive Behavior training
- Cardiopulmonary Resuscitation (CPR) – current certification
- Registered Nurse – California - #384994
- Registered Nurse – Illinois #0041-2468 (inactive status)

## Grant Writing and Faculty Positions

- Independent Grant Writer (2007 – 2009)
- Robert Morris College Adjunct Faculty – School of Health Studies (2002 – 2005)
- OSF Saint Francis Medical Center College of Nursing – Adjunct Faculty (2004-2005)
- Illinois Central College Adjunct Faculty – College of Health Careers (2002 – 2005)

## Consulting Contracts

- EXPERT WITNESS and Correctional Health Care Consultant –2014 to present - Correctional Health legal cases (defense and plaintiff); correctional health program review and analysis; (*contracts/agreements with NaphCare, Inc., NCCHC Resources, Inc., and the OIR Group*)
- MEDICAL HORIZONS CONSULTING – 2009/2010 -- Public Health and Disaster Preparedness consulting
- MILLENNIUM PHARMACEUTICALS – November 2008 - Oncology Administration consulting
- REHOBOTH MCKINLEY HEALTHCARE SERVICES – 2007 – Healthcare Administration consulting
- QUINN, JOHNSTON, HENDERSON, & PRETORIUS – 1995-1997 – Medical Malpractice consulting
- HINSHAW & CULBERTSON – 1994-1999 – Medical Malpractice consulting

## Publication Review/Presentations/Teaching

- Manuscript review – Nursing 2020, "Leadership That Makes a Difference," June 2020
- Speaker: "The Art of Managing Regulatory Inspections," National Commission on Correctional Health Care (NCCHC), Fort Lauderdale, FL, October 2019
- Speaker: "EHR: More Than Just a Medical Record," National Commission on Correctional Health Care (NCCHC), Fort Lauderdale, FL, October 2019
- Manuscript review – The Nurse Practitioner, "The Implications of E-Discovery for the Nurse Practitioner," September 2019
- Manuscript review – Nursing 2019, "Advocacy in the Midst of Chaos," August 2019
- Manuscript review – Journal of Correctional Healthcare, "A Qualitative Study of Success in Post-Release Federal Offenders with Mental Health Issues," April 2019
- Manuscript review – Nursing 2018, "Consuming Alcohol Without Drinking," July 2018
- Interviewed for Journal Publication: "Tales from the Court – Experienced LNC's at Trial and Deposition," American Association of Legal Nurse Consultants, Fall 2018

- Speaker: "How Decentralized Health Care Data Expands Efficiencies Outward and Upward: Offender Management Systems and Electronic Health Records Systems," Corrections Technology Association Summit, Daytona Beach, FL, June 2018

- CRC Press Publications - Textbook chapter review: "Legal Nurse Consulting Principles and Practices 4th Edition: Chapter 16 Evaluating Forensic Cases," April 2018 / Published October 2019

- CRC Press Publications - Textbook chapter review: "Legal Nurse Consulting Principles and Practices 4th Edition: Chapter 9 Electronic Medical Records," April 2018 / Published October 2019

- Manuscript review – Nursing 2018, "Workplace Violence: Finding the Words to Describe What We Already Know," March 2018

- Manuscript review – Nursing 2018, "Healthcare on Your Shopping List," January 2018

- Speaker: "The Art of Managing Regulatory Inspections," National Commission on Correctional Healthcare, Annual Conference, Chicago, IL, November 2017Manuscript review – Nursing 2017, "Know What You're Getting Into. Waiting on Justice.  The Elusive Cost of Remedy and Reward," November 2017

- Manuscript review – Nursing 2017, "Urgent Care Centers," October 2017

- Speaker: "Clinical Management for High-Risk Patients in this Litigious Environment," American Correctional Health Services Association, California-Nevada Chapter Conference, San Jose, CA, September 2017

- Manuscript review – Nursing Management, "Professional Practice and Nursing Peer Review", September 2017

- Speaker: "Sticking Together: A Cohesive Correctional Healthcare Delivery System,", National Commission on Correctional Healthcare Leadership Institute, Las Vegas, NV, July 2017

- Manuscript review – Nursing Management, Improving Nursing Communication Skills and HCAHPS Scores: Effect of a Hybrid-Training Program, July 2017

- Manuscript review – Nursing Management, "You Got the Job!  Now What: Setting Yourself Up for Success in a New Organization", June 2017

- Manuscript review – Nursing Management, "An Alternative Nurse Staffing Model: The Supportive Nursing Assistant Model, June 2017

- Manuscript review -- Nursing 2017, "Bridging the Divide between Nursing and Health IT Professionals," April 2017

- Manuscript review -- Nursing 2017, "The Value of Discharge Planning Tools in Care Coordination," April 2017

- Manuscript review -- Nursing 2017, "The Office-Based Nurse in the Primary Care Setting," March 2017

- Manuscript Review – Nursing Management, "From Peer to Leader and Back", January 2017

- Manuscript Review – Nursing 2017, "Using Appreciative Inquiry to Influence Sense of Community and Nursing Retention in a Clinical Float Pool", January 2017

- Speaker: "Responding to Inmate Advocacy Groups and Preventing Jail Lawsuits," California State Association of Counties – Annual Conference, Administration of Justice Policy Committee, Palm Springs, CA, December 2016

- Manuscript Review – Nursing 2016, "Being a Culturally Competent Nurse and Nursing Student: Why and How", December 2016

- Speaker: "September 2016 News Round Up", (Podcast Episode), Correctional Nursing Today, Correctional Nurse.net, September 2016

- Speaker: "August 2016 News Round Up", (Podcast Episode), Correctional Nursing Today, Correctional Nurse.net, August 2016

- Manuscript Review - Nursing 2016, "Evidenced-Based Practice: Medication Assisted Treatment (MAT) for Opioid Addiction in Corrections", August 2016

- Manuscript Review - Nursing Management, "Interpreting the ANA Position Statement for Nurse Managers", May 2016

- Manuscript Review - Nursing 2016, "Moral distress and Compassion Fatigue in the Intensive Care Unit", April 2016

- Manuscript Review - Nursing Management, "Taking your Seat as an Authentic Leader – The Circle Way", March 2016

- Manuscript Review - Nursing 2016, "Clinical Queries—Crab Neurotoxin Poisoning in the ED", February 2016

- Manuscript Review - Nursing Management, "Care Transitions, Population Health, Social Determinants of Health", January 2016

- Speaker: "December 2015 News Round Up", (Podcast Episode 111), Correctional Nursing Today, Correctional Nurse.net, December 2015

- Speaker: "Harnessing Political Will in the Criminal Justice System as it relates to Mental Health", Words to Deeds conference, Sacramento, CA, November 2015

- Speaker: "Medical and Mental Health Care Challenges in County Jail Settings", National Association of Counties – Annual National conference, Charlotte, NC, July 2015

- Manuscript Review – Nursing 2015. "Employment Search: Writing that All Important Cover Letter", July 2015

- Speaker: "Federal Healthcare Reform and California Counties"; CSAC (California State Association of Counties) Institute of Excellence, San Diego, CA, November 2014

- Speaker: "Healthcare in the Orange County Jails", Advocates for Cost Effective Justice in Orange County, Laguna Beach, CA, June 2014

- Enchanted Mountain Press Publications - Textbook chapter review: "Correctional Healthcare Patient Safety Handbook: Reduce Clinical Error, Manage Risk, and Improve Quality", "Environment of Care", December 2013

- Manuscript Review – Nursing Management: "Accountable Care Organizations Nursing's Role in Moving Forward", August 2013

- Manuscript Review - Nursing Management: "Clinical and Operational Collaboration Through Value Analysis", June 2013

- Manuscript Review - Nursing 2013: "When Your Patients are also Inmates:  Providing Nursing in a Correctional Facility", April 2013

- Manuscript Review - Nursing Management: "The Forgotten Rung:  A Ladder for UAPs", February 2013

- Manuscript Review - Nursing Management: "Red Alert: Violence-Maintaining Personal Safety by Recognizing Escalation", January 2013

- Manuscript Review - Nursing 2012: "Perception of Nursing Workflow Impact as a Result of Electronic Health Record Downtime", September 2012

- Manuscript Review - Nursing Management: "The Journey of Electronic Patient Centered Interdisciplinary Plans of Care", August 2012

- Manuscript Review - Nursing 2012: "Mindfulness as an Alternative to Addressing Nurse Burnout:  A literature Review", June 2012

- Manuscript Review - Nursing 2011: "Dealing with Verbal Abuse", January 2012

- Manuscript Review - Nursing 2011: "Work Life Balance", September 2011

- Manuscript Review - Nursing 2011: "Significance of ANC", May 2011

- Manuscript Review - Nursing Management: "Preventing Information Overload:  Techniques for Managing Your Email", April 2011

- Advance for Nurses:  Key interviewee for "The Culmination of Nursing at Orange County Health Care Agency Correctional Health Services", April 2011

- Manuscript Review - Nursing Management: "Nursing's Use of the Family Friendly Co-Management Model", August 2009

- Manuscript Review - Nursing Management: "A Mentor Program for New Nurse Graduates", June 2009

- Manuscript Review - Nursing Management: "The DAISY Award for Extraordinary Nurses: More than a Thank You", March 2009

- Manuscript Review - Nursing Management: "Legalities of Nursing Documentation", January 2009

- Speaker: "Access to Care"—American Cancer Society/Cancer Action Network, National Bus Tour, Gallup, NM, September 15, 2008

- Manuscript Review - Nursing Management: "Transitional Support - The Key to Retaining New Nurse Graduates", September 2008

- Manuscript Review - The Nurse Practitioner: "Incident Reports", September 2008

- Manuscript Review - RN Journal: "Evaluating Headaches", Sept. 2008

- Manuscript Review - Nursing Management: "Hiring & Firing--Legalities & Consequences", June 2008

- Manuscript Review - Nursing 2007: "Code STEMI – Better Care for Cardiac Patients", July 2007

- Speaker: "Corporate Compliance" - Gallup Med Flight, Gallup, NM, April 2007

- Speaker: "Legal Aspects of Documentation – What You Need to Know" – Gallup Med Flight, Gallup, NM, November 2006

- Manuscript Review - Nursing 2006: "Serum Creatinine Kinase Levels in Rhabdomyolysis", November 2006

- Manuscript Review - LPN 2006: "Documentation to Prevent Charting Errors", November 2006

-

- Manuscript Review - Nursing 2006: "Bringing Excellence to Variability: Guide to Help Float Nurses", October 2006

- Manuscript Review - Nursing 2006: "So Your Patient Wants to Leave", July 2006

- Manuscript Review - Nursing 2006: "Traumatic Amputation", March 2006

- RN Magazine - Freelance writer "Consult Stat" column ("DKA vs. HHNS", September 2006; "Got a Tough Stick? January 2007; "Old Veins Need a Gentle Touch, March 2007)

- Manuscript Review - Nursing 2005: "Methemoglobinemia:  A Case Analysis", December 2005

- Manuscript Review - Nursing 2005: "Brown Recluse Spider Bites", November 2005

- Manuscript Review - Nursing 2005: "Methylene Chloride Inhalation", October 2005

- Manuscript Review - Nursing 2005: "First Aid for Bee, Wasp and Hornet Stings", August 2005

- Prentice Hall Publisher - Textbook review: "Writing Basics for Healthcare", May 2005

- Speaker: "Critical Care Paramedic Program" - Advanced Medical Transport of Central Illinois, Summer 2005

- Teaching: "Pre-hospital Trauma Life Support" - On-going courses 2004 and 2005

- Speaker: "Disaster Response" - Continuing Education for Emergency Medicine Residents; OSF Saint Francis Medical Center, Peoria, IL, May 20, 2004

- Teaching: "Pre-hospital Trauma Life Support" - Course instructor for inaugural Central Illinois presentation, OSF Saint Francis Medical Center, Peoria, IL, January 17-18, 2004

- Speaker: "Disaster Management - Peoria "City-Wide Drill" -- OSF Saint Francis Medical Center Management Team, Peoria, IL, September 4, 2003 and October 2, 2003

- Speaker: "HRSA Grant – Urban versus Rural Perspectives" – The Illinois Bioterrorism Summit 2003, Oakbrook Terrace, IL, June 26, 2003

- Speaker: "Legal Aspects of Documentation for the Nursing Professional" - OSF Saint Francis Medical Center, Peoria, IL, six presentations August/September 1999

- Speaker: "Reviewing Medical Records" - Half Moon Seminars, July 23, 1998, Peoria, IL

- Speaker: "Elements of a Medical Malpractice Case" - Lorman Business Seminars, February 22, 1998, Peoria, IL.

- Speaker: "Medical Malpractice" – OSF Saint Francis College of Nursing, Summer 1996