```
 1           IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT
 2

 3   (1) PHILIP SANDERS, an              )
     Individual and Husband and Next     )
 4   of Kin of BRENDA JEAN SANDERS,      )
     Deceased,                           )
 5                                       )
                   Plaintiff,            )
 6                                       )
        - VS -                           )Case No.:
 7                                       )17-cv-492-JHP-FHM
                                         )
 8   TURN KEY HEALTH CLINICS,            )
     a limited liability company.        )
 9                                       )
                   Defendant.            )
10

11

12
         ZOOM DEPOSITION OF ALEX JOHN, M.D., taken on
13   behalf of the Plaintiff, before Elise Grayson
     Cruchon, Certified Shorthand Reporter, in Destin,
14   Florida, on the 16th day of March, 2021, pursuant to
     stipulations of the parties.
15

16   _____

17   ELISE GRAYSON CRUCHON, CSR

18

19

20

21

22                     REPORTED BY:
                 Elise Grayson Cruchon, CSR
23                  440 South Houston
                        Suite 114
24                  Tulsa, Ok   74127

25
```

EXHIBIT 1

ELISE GRAYSON CRUCHON, CSR
918. 629.1108

|   |    |                                                                  |
|---|----|------------------------------------------------------------------|
| 1 |    | four-year training is anatomic and clinical                      |
| 2 |    | pathology.                                                       |
| 3 | Q. | And what is anatomic?                                            |
| 4 | A. | Anatomic pathology is when we look at the                        |
| 5 |    | tissue.  And clinical is more to do with the                     |
| 6 |    | blood and body fluids.  Although, it's a very                    |
| 7 |    | difficult line to differentiate the two, but                     |
| 8 |    | that's broadly how you can classify.                             |
| 9 | Q. | And so your role was whatever samples or                         |
| 10|    | fluids were taken, they'd then be provided to                    |
| 11|    | you to run tests; is that accurate?                              |
| 12| A. | If the -- In the practice of integrated                          |
| 13|    | medicine, you are a specialist in one area.                      |
| 14|    | But that practice of medicine, all the other                     |
| 15|    | information that's -- that can be obtained                       |
| 16|    | also feeds into your final opinion.                              |
| 17| Q. | Did you understand my question?                                  |
| 18| A. | Yes.  So let me give you an example.  In the                     |
| 19|    | four-years training as a pathologist, if the                     |
| 20|    | biopsy or a cancer is taken out by a surgeon,                    |
| 21|    | and sent to the pathology lab for a diagnosis,                   |
| 22|    | then the data that is collected by the                           |
| 23|    | pathologist, begins with the surgeon or the                      |
| 24|    | physician documenting his findings, where the                    |
| 25|    | tumor was, how big the tumor was, how it felt,                   |

```
 1            what are the other signs and symptoms that the
 2            patient is exhibiting, all that data.
 3                    Then, secondarily, if the tissue
 4            comes from the operating room, then the
 5            operative note in which how the tumor looked
 6            like, where the tumor was located, and was
 7            there any other blood work that was done,
 8            including the radiology, how the tumor
 9            appeared on the X-rays.
10                    And then, eventually, the last piece
11            of the puzzle is -- then use that tissue to
12            look under the microscope and then do all the
13            testing.  So it is a collaborative work rather
14            than just getting a tissue and then telling me
15            the diagnosis.  That is not how it usually
16            works.
17       Q.   I guess that takes me back to -- because you
18            lost me a long time ago.  On this team
19            approach, I take it your position was as the
20            pathologist; is that correct?
21       A.   Correct.
22       Q.   And in your role you do not determine what
23            treatment the patient would receive, correct?
24       A.   The outcome or the treatment is based on the
25            diagnosis, which I give.
```

```
 1   Q.   Back to my question, you don't decide the
 2        treatment that the patient will receive,
 3        correct?
 4   A.   Correct.
 5   Q.   Have you ever been an emergency room
 6        physician?
 7   A.   Just the two years of mandatory service in
 8        which I was treating patients that come to my
 9        hospital and my clinic.
10   Q.   And just to get an idea of that situation, how
11        many patients would you treat in the emergency
12        room, say, in a month during those two years?
13   A.   It was more hospital, so I would get maybe one
14        or two patients.  On an average, maybe six or
15        seven patients a week.
16   Q.   So you would see a total of six to seven
17        patients a week in the clinic?
18   A.   Just as an emergency.  There would be a
19        patient that would come in the office that was
20        nonemergency.
21   Q.   So in a given week you would average six to
22        seven patients in the emergency room; is that
23        correct?
24   A.   Correct.
25   Q.   What type of emergencies would you
```

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | predominantly see in those six to seven                         |
| 2  |    | patients a week?                                                |
| 3  | A. | The emergencies were usually traumas and snake                  |
| 4  |    | bites and labor and delivery, people coming in                  |
| 5  |    | because they are showing up and expecting a                     |
| 6  |    | childbirth, things like that.                                   |
| 7  | Q. | So when you're talking trauma patients, you're                  |
| 8  |    | talking someone that's been in an auto                          |
| 9  |    | accident, gunshot, knife wound, any type of a                   |
| 10 |    | blunt force injury; is that correct?                            |
| 11 | A. | And poisoning and exposure to elements.                         |
| 12 | Q. | So predominantly the six to seven patients                      |
| 13 |    | that you would see would fall in the area of                    |
| 14 |    | trauma as you defined it, and labor issues for                  |
| 15 |    | pregnant ladies; is that correct?                               |
| 16 | A. | Yeah.  Then, you know, you have the heart                       |
| 17 |    | attacks and natural diseases.                                   |
| 18 | Q. | I caught heart attacks.  I didn't get catch                     |
| 19 |    | the last one.                                                   |
| 20 | A. | Natural diseases.                                               |
| 21 | Q. | What percentage of the people you would see                     |
| 22 |    | out of that -- Well, in a given month it looks                  |
| 23 |    | like you'd see 24 to 28 patients.  How many of                  |
| 24 |    | those would be natural-cause patients?                          |
| 25 | A. | I would not be able to give you any numbers.                    |

```
 1          There was no way for me to track those
 2          numbers.
 3              MR. RICHARDSON:  All right.  If you
 4          just give me one second.  We don't need to go
 5          off the record.  I'm going to get another pen.
 6          That one quit writing.
 7     Q.   (BY MR. RICHARDSON)  In those two years that
 8          you were working in the clinic, how many
 9          patients did you treat in the emergency room,
10          that were dealing with the same issues that
11          Ms. Sanders was dealing with, when she was
12          taken to the emergency room?
13     A.   I -- I -- There was no way for me to track
14          those numbers.
15     Q.   Well, do you remember ever treating anyone
16          that was suffering from the issue that
17          Ms. Sanders was at the time that she was taken
18          to the hospital?
19     A.   I remember having examined them, and because
20          it was a small hospital, we would diagnose
21          them, stabilize them and refer them to a
22          larger center.
23     Q.   All right.  So if someone came in with
24          symptoms similar to Ms. Sanders, you would
25          stabilize and send her on to another facility;
```

```
 1          is that correct?
 2    A.    Correct.
 3    Q.    Have you ever treated anyone on a long-term
 4          basis for any of the conditions that
 5          Ms. Sanders presented at the hospital?
 6    A.    No.
 7    Q.    Have you ever treated anyone like Ms. Sanders
 8          consistent with the treatment that she was
 9          receiving from her primary care physician and
10          from the Indian health medical center?
11    A.    No.
12    Q.    And your no to both of those answers is from
13          the time that you started medical school until
14          today's date, correct?
15    A.    Correct.
16    Q.    You don't treat patients, you work on a team
17          where there's a physician or physicians that
18          are in the role of actually treating the
19          patient, correct?
20    A.    Well, when you say treat, what do you mean by
21          treat?  Because every physician is in a
22          different -- even a radiologist, who looks at
23          X-ray, treats the patient in some way shape or
24          form.
25    Q.    Right.
```

| | | |
|---|---|---|
| 1 | A. | If you're asking me if I do surgeries to make |
| 2 | | them better or prescribe medications, yeah, |
| 3 | | that's not what I do. |
| 4 | Q. | Right.  I'm not trying to downplay your role. |
| 5 | | I'm just trying to identify your role.  Your |
| 6 | | role is to take samples, run tests to |
| 7 | | determine what disease process may be going on |
| 8 | | with those samples, provide your information |
| 9 | | back to the physicians, that are hands-on |
| 10 | | treating the patient, for them to determine |
| 11 | | what treatment those patients need and how to |
| 12 | | carry that out? |
| 13 | A. | My job is to help -- to give a diagnosis, |
| 14 | | that's correct. |
| 15 | Q. | So after you finished your four years of |
| 16 | | residency at the University of Oklahoma, what |
| 17 | | was your next job? |
| 18 | A. | I went on to specialize further in forensic |
| 19 | | pathology, and I accepted a Fellowship |
| 20 | | training in the Harris County Medical |
| 21 | | Examiner's Office in Texas, Houston, Texas. |
| 22 | Q. | What year did you go to Harris County? |
| 23 | A. | That was 2010, 2011.  It was a one-year |
| 24 | | training. |
| 25 | Q. | And where did you go whenever you left Harris |

```
 1          County in 2011?
 2   A.     After that I accepted a position in the Office
 3          of the Chief Medical Examiner in Oklahoma.  It
 4          was based in Tulsa, Oklahoma.
 5   Q.     And who was the chief medical examiner?
 6   A.     At that time, the chief medical examiner was
 7          Dr. Pfeifer.
 8                   MR. YOUNG:  What was that name?
 9                   THE WITNESS:  Name was Dr. Pfeifer,
10          Eric Pfeifer.
11                   MR. YOUNG:  Thanks.
12   Q.     (BY MR. RICHARDSON)  Ever work with
13          Dr. DiStefano?
14   A.     Dr. DiStefano retired a few years before I
15          joined that practice.
16   Q.     So at the Office of Chief Medical Examiner in
17          Tulsa, Oklahoma, what was your position?
18   A.     I was employed as a forensic pathologist.
19   Q.     What is it, a forensic pathologist?  What is
20          their role?
21   A.     So there's different terminologies used, but
22          it pretty much -- the role is the same, you
23          know, medical examiner, forensic pathologist,
24          some people say coroner.  When you have a
25          physician in that role, the role is pretty
```