| | | |
|---|---|---|
| St John Medical Center | Patient Name: SANDERS, BRENDA J | DOB:  |
| | MRN: ; SJ14260491 | FIN: |

## Emergency Documentation

*Condition on Dismissal :*  Stable
*Quality Indicators :*  None
*Intentional/Unintentional Ingestion :*  No
*ED Document Glasgow Coma Scale :*  Document Glasgow Coma Scale Assessment
*Admit to Floor :*  Admit to Floor

Brillhart-Green RN, Cassandra D - 11/20/16 14:30 CST

### Admit to Floor
*Admit To :*  Hospital
*Urine Catheter Inserted in ED? :*  Yes
*Admitted To :*  808

Brillhart-Green RN, Cassandra D - 11/20/16 14:30 CST

### Glasgow Coma ED
*GCS Eye Opening :*  To sound
*GCS Verbal :*  Confused
*GCS Motor Response :*  Localising
*Adult Physical Assess GCS Score :*  12

Brillhart-Green RN, Cassandra D - 11/20/16 14:30 CST

---

RESULT STATUS:           Auth (Verified)
SIGNED BY:               FARMER MD, CHARLES (11/20/2016 15:27 CST)
SIGNED DATE/TIME:        11/20/2016 12:22 CST
ED Physician Notes

### Altered mental status

Patient: **SANDERS, BRENDA J**    MRN:     FIN:
Age: **56 years**   Sex: **Female**   DOB:
Associated Diagnoses: **None**
Author: **FARMER MD, CHARLES**

### Basic Information
**Time seen:** Date & time 11/20/16 12:26:00, Immediately upon arrival.
**History source:** Patient, EMS.
**Arrival mode:** Ambulance.
**History limitation:** Clinical condition.
**Additional information:** Patient's physician(s): None.

### History of Present Illness
The patient presents with altered mental status.  The onset was 2  weeks ago.  The course/duration of symptoms is constant and worsening.  The character of symptoms is disoriented and confused.  The degree at onset was moderate.  The degree at present is severe.  Baseline status: alert and oriented X 4.
Exacerbating factors consist of none.  The relieving factor is none.  Prior episodes: none.  Therapy today: emergency medical services.  Associated symptoms: diarrhea.  Additional history: Ms. Sanders is a 56 year old female who presents to the ED with altered mental status, onset two weeks. According to EMS, pt has had diarrhea and an altered level of consciousness for two weeks. Pt denies diarrhea or pain upon examination. Her oxygen levels are as follows: 92% pulse ox and 86% on room air. Pt is heavily breathing at the time of examination and is hypotensive. Pts history is severely limited secondary to clinical condition.

### Review of Systems
**Constitutional symptoms:**  No fever, no chills.
**Skin symptoms:**  No jaundice, no rash, no lesion.

Patient Name: SANDERS, BRENDA J  MRN: ▮▮▮▮4▮ 
Date of Birth: ▮▮▮▮  FIN: ▮▮▮▮

**\* Auth (Verified) \***

11/20/2016 5:01 PM  FROM: Fax  TO: +1 (918) 744-2426  PAGE: 006 OF 013

| FINAL | Patient Care Report | brenda sanders |
|---|---|---|

**CREEK COUNTY EMERGENCY AMBULANCE**

Date of Service: 11/20/2016
Run Number: 8725
Incident Number:

### TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 11:26 | No | Cardiac Monitor* | HOCKETT, AMANDA | Protocol (Standing Order) | |

Certification Level: EMT-Paramedic
- Complication: None
- Interp: NSR
- Size of Procedure Equipment: 1
- Ectopy: None
- Number of Procedure Attempts*: 1
- Successful: Yes
- Indication: Monitoring
- Response*: Unchanged

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 11:26 | No | 12 Lead ECG* | HOCKETT, AMANDA | Protocol (Standing Order) | |

Certification Level: EMT-Paramedic
- Cardiac Rhythm: Sinus Rhythm
- Method of Interpretation: Manual Interpretation
- Size of Procedure Equipment: 1
- Complication: None
- Number of Attempts: 1
- Successful: Yes
- ECG Type: 12 Lead-Left Sided (Normal)
- Response: Unchanged

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 11:30 | No | Venous Access-Extremity IV* | COBB, JESSICA | Protocol (Standing Order) | |

Certification Level: EMT-Paramedic
- Complication: None
- Rate: TKO
- Solution: 5-10cc / Saline Flush
- Type: IV
- IV Site/Successful IV Site*: Hand-Left
- Response*: Unchanged
- Successful: Yes
- Volume Infused: 600 ML
- Number of Procedure Attempts*: 1
- Size of Procedure Equipment: 20
- Tubing: Macro Drip

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 11:30 | No | Blood Glucose Analysis* | HOCKETT, AMANDA | Protocol (Standing Order) | |

Certification Level: EMT-Paramedic
- BS / Dcl: 141 - 160
- Response*: Unchanged
- Complication: None
- Size of Procedure Equipment: 1
- Number of Procedure Attempts*: 1
- Successful: Yes

### NARRATIVE

C- CCEMS responded to Creek County Jail for a female w/ altered mental status.

Hx- 56 ycf has been becoming more confused, weak and has been having diarrhea for the past two weeks. UOA pt is laying supine in a bed, pt is very lethargic and breathing w/ purse lips w/ erratic respirations. Pt appears to have dry emesis on the side of her face. RN reports she does not know if the pt has vomited. RN states that she does not know the inmate, pt had been moved to the front of the jail a few days ago due to pt having constant diarrhea and they put her in a cell alone. An employee stated that the pt has been detoriating for the past few weeks, describing pt as becoming more altered and as of today pt was unable to walk, pt was having poor food and fluid intake as well. RN reports that pt 02 saturation was low, BP was low and pt's had wheezing and rales when she listened to her lungs this morning. RN has no medical hx on the pt and does not know if the pt takes any medications on a daily basis. Staff has requested that pt go to SJMC.

A- A&Ox2, GCS 14
HENNT- no obvious trauma, normal cephalic, PERRL, no obstructions to airway or breathing, no JVD, no tracheal deviation.
Chx- no obvious trauma, lung sounds clear and equal bilaterally, equal chx rise and fall, pt denies any chx pain at this time.
Abd- no obvious trauma, SNTTP, no distention, no guarding, no rebound tenderness. Staff reports pt has had diarrhea for the past two weeks, staff reports pt has not complained of nausea or vomiting.
Pelvis- no obvious trauma, stable, no incontinence noted.
Ext- no obvious trauma, MAEx4, PMSx4, pt denies any numbness or tingling at this time.
Skin- no obvious trauma, WPD, cap refill < 3 seconds, pt had poor skin turgor.

Rx- VS obtained, 4L, 12L unremarkable, 02 @4lpm via NC-02 saturation improved, IV 20g L hand normal saline lock, 1000ml-600ml-NS bolus infused-WO, VS

ZOLL Rescuenet -ePCR  Page 5 of 12