```
                IN THE NORTHERN DISTRICT OF OKLAHOMA
                      UNITED STATES OF AMERICA

PHILIP SANDERS, an Individual)
and Husband and Next of Kin  )
of BRENDA JEAN SANDERS,      )
Deceased,                    )
          Plaintiff,         )
                             )
VS.                          ) Case No: 17-cv-492-JHP-FHM
                             )
CREEK COUNTY BOARD OF COUNTY )
COMMISSIONERS and SHERIFF    )
BRET BOWLING, in his official)
Capacity as Creek County     )
Sheriff, and TURN KEY HEALTH )
CLINICS, a limited liability )
Company,                     )
          Defendants.        )
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF TAMARA DAVIS

TAKEN ON BEHALF OF THE PLAINTIFF

ON THE 14TH DAY OF AUGUST, 2020,

AT THE WASHITA COUNTY COURTHOUSE

CORDELL, OKLAHOMA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

APPEARANCES:
Charles L. Richardson, 7447 S. Lewis Ave., Tulsa, Oklahoma
74136, on behalf of the Plaintiff.

Paulina Thompson, 9801 N. Broadway Extension, Oklahoma City,
Oklahoma 73114, on behalf of the Defendant Turn Key Health
Clinic.


REPORTED BY:
Sherri L. Waldrop, CSR, RPR

```
12   A   I don't recall other than my documentation.  I would
13       have assessed her.
14   Q   At some point you would have assessed her, correct?
15   A   Yes.
16   Q   And that is documented --
17   A   Yes.
18   Q   -- in the records, correct?  Would you have reviewed
19       her medical chart at some point at that time?
20   A   After -- based on my nurse's note, I wouldn't have left
21       her side due to her blood pressure.  So I --
22   Q   So --
23   A   I would have checked it after I sent her to the
24       hospital.
25   Q   So you stated you wouldn't have left the side of the
```

                     -- TAMARA DAVIS DEPO 8/14/20 --

                                                                    97

```
1        patient until she was transported, correct?
2    A   Correct.
3    Q   So, since that was the only time you saw that patient,
4        would you have known her prior history at that time?
5    A   No, ma'am.
6    Q   Would you have had the opportunity to take a look at
7        her chart at that time?
8    A   No, ma'am.
```

```
 9    Q    And, to your knowledge, is there any record in the
10    chart regarding Ms. Sanders having diarrhea for any period
11    of time?
12    A    No, ma'am.
13    Q    Do you have any reason to believe that the Turn Key
14    chart that you've reviewed in preparation for this
15    deposition that's also Exhibit 1 to this deposition -- do
16    you have any reason to believe that is not Brenda Sanders'
17    complete medical chart?
18    A    No, ma'am.
19    Q    You had testified earlier that you hadn't seen Brenda's
20    complete chart.  Could you clarify which chart you were
21    referring to?
22    A    Exhibit 1 is the only chart.  I don't know if that's
23    the full chart so I'm not aware -- that's the only thing
24    I've seen.
25    Q    Do you have any reason to believe that Exhibit 1 is not
              -- TAMARA DAVIS DEPO 8/14/20 --
                                                                98
 1    her complete chart from that Turn Key facility at Creek
 2    County jail?
 3    A    No, ma'am.
 4    Q    When a patient is transported out of the facility due
 5    to an emergency situation, do you have to first obtain
 6    provider's authorization?
```