```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                   NORTHERN DISTRICT OF OKLAHOMA
 3
 4
     PHILIP SANDERS, an Individual )
 5   and Husband and Next of Kin   )
     of BRENDA JEAN SANDERS,       )
 6   Deceased,                     )
                                   )
 7                 Plaintiff,      )
                                   )   Case No.
 8   vs.                           )   17-cv-492-JHP-FHM
                                   )
 9   TURN KEY HEALTH CLINICS, a    )
     limited liability company,    )
10                                 )
                   Defendant.      )
11
12   - - - - - - - - - - - - - - - - - - - - - - - - - -
13               THE DEPOSITION OF LINDSEY
14   FOSTER, produced as a witness on behalf of the
15   Plaintiff in the above styled and numbered cause,
16   taken on the 16th day of June, 2020, in the City of
17   Tulsa, County of Tulsa, State of Oklahoma, before
18   me, Kristen G. Holmes, a Certified Shorthand
19   Reporter, duly certified under and by virtue of the
20   laws of the State of Oklahoma.
21
22
23
24
25
```

1   while the nurse stood there at the door.
2   Q    What about when food is passed through the
3   bean hole; was there a time that Brenda no longer
4   was able to come get her food?
5   A    Yeah, and also we thought she was also just
6   frail, so we would just open the door and take it to
7   her.
8   Q    Okay.
9   A    Because it was such a struggle for her to get
10  to the door.
11  Q    Were you concerned about the condition she was
12  in?
13  A    Yes.
14  Q    All right.  It also says on the ambulance
15  report an employee stated that the patient has been
16  deteriorating for the past few weeks, describing
17  patient as becoming more altered, and as of today,
18  patient was unable to walk.  Patient was having poor
19  food and fluid intake as well.  Do you know who that
20  would've been that provided that information to
21  them?
22  A    That would've been me.
23  Q    Why would it have been you that provided that
24  information?
25  A    Because I was the supervisor, so I'm the one

```
 1  who talked to EMS when they came into the jail.
 2  Q     Okay.  Do you remember, sitting here today,
 3  specifically what you said to EMSA?
 4  A     No.
 5  Q     All right.  Is what I just read to you
 6  accurate when it comes to what you would've told
 7  EMSA?
 8  A     Can you read it one more time?
 9  Q     Yes, ma'am.  An employee states that the
10  patient has been deteriorating for the past few
11  weeks, describing patient as becoming more altered,
12  and as of today, patient was unable to walk.
13  Patient was having poor food and fluid intake as
14  well.
15  A     Yes, the day that she was sent to the
16  hospital, she was no longer able to walk at all.
17  Q     Okay.
18  A     So in the past when we would take her meds in
19  and her food, she -- if we would've made her get up
20  and walk, she would've been able to do it, but it
21  would've been really hard for her.
22  Q     Okay.
23  A     So we would take them in to her to help her,
24  and so -- but the day that she went out in the
25  ambulance, she was no longer able to walk.
```

```
1   that the first time you saw her back in detox after
2   being in L Pod?
3           MR. RICHARDSON:  Objection to form.
4   A   That was the first time I had seen her back up
5   in booking, yes.                                        10:58AM
6   Q   Okay, and under what circumstances did you
7   notice that she was having diarrhea?
8   A   What was the circumstances?
9   Q   Yes.
10  A   When I checked on her, I could see it through      10:58AM
11  the window.
12  Q   You could see diarrhea through the window?
13  A   I could see it all over her.
14  Q   Okay.  Did you see the actual fecal matter on
15  her?                                                    10:59AM
16  A   Yes, on her oranges.
17  Q   Okay.  Did you see any of it on the floor?
18  A   I can't recall.  I just remember it being on
19  her.
20  Q   Okay.  Do you recall what part of her oranges?    10:59AM
21  A   Her pants.
22  Q   On her pants?
23  A   Yes.
24  Q   Which part of the pants?
25  A   All over the bottom of her pants.                  10:59AM
```

```
 1  Q     All over the --
 2  A     Yes, the front, the back.  There was fecal
 3  matter all over her pants.
 4  Q     Okay, but you didn't see any on the floor;
 5  correct?                                                    10:59AM
 6  A     I didn't really pay attention to the floor.
 7  Q     Did you go inside the cell to speak with
 8  Brenda about the issue?
 9  A     I had my jailers get her out, put her in the
10  shower so she could get cleaned up.  We made it --          10:59AM
11  Q     Do you --
12  A     Like I could not deal with the smell.  It was
13  that bad.  So I was outside.
14  Q     Sure.  Do you recall what jailers went in
15  there to help her?                                          10:59AM
16  A     I know that Bailey Smalley was one.
17  Q     Uh-huh.
18  A     Chris Miller.  And I do not remember who else
19  was on my shift.
20  Q     Uh-huh.  So they went in the cell to get her          10:59AM
21  escorted to the shower; correct?
22  A     I'm not sure because I was outside at that
23  time.
24  Q     Okay.
25  A     When I came back in, they had her in the              11:00AM
```

```
 1  Q     And by those cells, I mean H --
 2  A     Holding 1.
 3  Q     Holding 1, H1, they have toilets; correct?
 4  A     (Witness nods head up and down.)
 5  Q     Okay.  Did Brenda have anybody in that cell          11:05AM
 6  with her?
 7  A     At times, she did.  I don't recall exactly
 8  when.
 9  Q     All right, and did the issue with the loss of
10  bowels continue?                                           11:05AM
11  A     Yes.
12  Q     How many times did you observe her in H1 --
13  Cell H1 having fecal stains on her oranges?
14  A     I don't really recall.  Two times.
15  Q     Two times?                                           11:06AM
16  A     That's all I remember.
17  Q     Okay.
18  A     I had to constantly give her new oranges.
19  Q     So -- oh, I apologize.  I had that turned off.
20  So when you first saw her after coming back after a        11:06AM
21  long weekend and seeing her have loss of bowels, did
22  you notify medical at that time?
23  A     I don't recall.
24  Q     Okay.  Then after she was moved to Holding
25  Cell 1 and you said you saw her on two occasions           11:06AM
```

```
 1  don't remember speaking directly to them.
 2  Q     Then how do you know it was you that was the
 3  person who provided that information?
 4  A     Because I was the supervisor.
 5  Q     Was there anybody else on staff that day?       11:19AM
 6  A     No, not that would've -- not higher than me,
 7  no.
 8  Q     But were there other employees of Creek County
 9  that were in the booking area at that time?
10  A     The detention officers did not speak to EMS.    11:19AM
11  Supervisors did, corporals.
12  Q     The detention officers are not permitted to
13  speak to the EMS?
14  A     The corporal, the supervisor would do the
15  talking to the EMS.  That would've been me.  I        11:20AM
16  would've talked to EMS to give them the condition of
17  her.  I do not recall talking to them.  I would've
18  been the one to talk to them.
19  Q     So -- but you don't have any specific
20  recollection of talking to them?                      11:20AM
21  A     No.
22  Q     Or who you would've talked to?
23  A     I talked to an EMS person.  I don't recall
24  who.  I don't recall talking to them.
25  Q     So it is your testimony that you believe that   11:20AM
```