## IN THE NORTHERN DISTRICT OF OKLAHOMA
## UNITED STATES OF AMERICA

PHILIP SANDERS, an Individual and
Husband and Next of Kin of
BRENDA JEAN SANDERS,
Deceased,

      Plaintiff,

v.

TURN KEY HEALTH CLINICS, a
limited liability company.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  17-cv-492-JED-CDL

Attorney Lien Claimed
Jury Trial Demanded

## PLAINTIFF'S MOTION TO FILE UNDER SEAL
## EXHIBITS FOR HIS RESPONSE TO DEFENDANT
## TURN KEY'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Philip Sanders by and through their attorneys of record, hereby submit this
*Plaintiff's Motion to File Under Seal Exhibits for His Response to Defendant Turn Key's Motion
for Summary Judgment*. In support of this request, Plaintiff offers the following:

1.     Defendant produced its policies and procedures pursuant to the protective order in this case.

2.     Defendant deems its policies and procedures are confidential.

3.     Further, Plaintiff also anticipates using documents identified as confidential from Creek County Sherriff's office including but not limited to, photographs of the jail and a map of the jail.

4.     Plaintiff anticipates using these documents as exhibits to his Response to Defendant's Motion for Summary Judgment.

5.   Given the applicability of the Protective Order and the nature of the material contained within the documents in which Defendant Turn Key labeled as "confidential", Plaintiff seeks to file such exhibits under seal.

WHEREFORE, Plaintiff respectfully requests this Court grant this motion and enter an order authorizing the filing of exhibits under seal.

Dated this 20th day of January 2022.

Respectfully submitted,

**RICHARDSON RICHARDSON BOUDREAUX**

*/s/ Colton L. Richardson*
Charles L. Richardson, OBA #13388
Colton L. Richardson, OBA #33767
7447 South Lewis Avenue
Tulsa, Oklahoma 74136-6808
(918) 492-7674 *Telephone*
(918) 493-1925 *Facsimile*
***Attorneys for Plaintiff***

\

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 20th day of January 2022, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing and to all the ECF registrants who have appeared in this case.

<u>/s/ Colton L. Richardson</u>
For the Firm