IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

| | |
|---|---|
| (1) PHILIP SANDERS, an<br>Individual and Husband and<br>Next of Kin of BRENDA JEAN<br>SANDERS, Deceased,<br><br>           Plaintiff,<br><br>    -vs-<br><br>(1) CREEK COUNTY BOARD OF<br>COUNTY COMMISSIONERS, and<br>(2) SHERIFF BRET BOWLING,<br>in his official capacity as<br>Creek County Sheriff, and<br>(3) TURN KEY HEALTH CLINICS,<br>a limited liability company,<br><br>           Defendants. | No. 17-cv-492-JHP-FHM |

*DEPOSITION OF BAILEY SMALLEY*

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

JUNE 2, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:   RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258

EXHIBIT

4

14

1   Q.   In the detention tank, is that the area where you
2        said there was not any facilities?
3   A.   (Shakes head back and forth.)
4   Q.   Is that correct?
5   A.   Yes.
6   Q.   And then it looks like 11/19 is when she's moved
7        from holding cell 1 to holding cell 5 by William
8        Rake; is that correct?
9   A.   Yes.
10  Q.   Do you know why she was moved from holding cell 1
11       to holding cell 5?
12  A.   I would think because holding cell 1 is bigger than
13       holding cell 5, so they probably needed to make room
14       for another person to come up into booking.
15  Q.   Well, actually it says "Moved to make room in
16       booking"; is that correct?
17  A.   Yes.
18  Q.   Now, on 11/6 of '16 when she was moved from drunk
19       tank to holding cell number 1, it says reason is
20       medical reasons.  Do you know of anything in the
21       time period of November the 6th, 2016 that was going
22       on medically with Brenda Sanders?
23  A.   She had uncontrollable diarrhea.
24  Q.   And how do you know that she had uncontrollable
25       diarrhea?

1    A.   I saw it.

2    Q.   Do you know when her uncontrollable diarrhea

3         started?

4    A.   Not the exact date, no.

5    Q.   Do you know if it was while she was in L pod or

6         after she was moved to booking area?

7    A.   I would think it started in L pod and she was moved

8         to the booking area because of it.

9    Q.   Does this show any other reason for her move at

10        that time other than it would be for medical

11        reasons?

12   A.   No.

13   Q.   Did you ever speak with anyone employed by Turn Key

14        regarding Brenda Sanders' condition?

15   A.   Yes.

16   Q.   Do you know when the first time was that you did

17        that?

18   A.   No.

19   Q.   As a detention officer, do you have the authority

20        to give anybody medical treatment?

21   A.   No.

22   Q.   Did Turn Key provide, as far as you know, anyone

23        with a form or anything so that a detention officer

24        could report something to Turn Key regarding

25        inmates?

1  A.  They have forms for inmates themselves to fill out

2      and we would turn them in to the nurse.

3  Q.  Do you know if Brenda ever filled out a form?

4  A.  I do not.

5  Q.  When you first noticed Brenda's condition, can you

6      tell us what is it you noticed about her?

7  A.  Just the diarrhea, really.  Her face was kind of

8      sunk in.  She just acted like she didn't feel very

9      good.

10  Q.  From the first time you saw her condition until the

11      day the ambulance came, did you observe whether her

12      condition got worse or better?

13  A.  It got worse.

14  Q.  When you say worse, what was the worst you ever saw

15      her?

16  A.  The day that she left on the ambulance.

17  Q.  During the time you first saw her when she had

18      diarrhea up to the time that she was transported by

19      ambulance, did you ever see anyone from Turn Key do

20      a medical examination of her?

21  A.  No.

22  Q.  From the time that you noticed the diarrhea until

23      the time that she was taken out by ambulance, did

24      you ever see anyone pass her her meds?

25  A.  Yes.

1   A.   I am.

2   Q.   In the report that you wrote it has a picture.

3        Does that picture look anything like Brenda when she

4        left the jail?

5   A.   No.

6   Q.   How is that picture different than what she looked

7        like when she left the jail?

8   A.   Her face was really sunk in and her hair, honestly,

9        looked pretty crazy too, because she obviously

10       didn't have the energy to comb it or anything, and

11       she just looked really sick.

12  Q.   For how long had she looked really sick?

13  A.   Two weeks.

14  Q.   Would there be any way someone can look at Brenda

15       Sanders once she had been moved to the booking area,

16       that they would not be able to know that she was

17       sick?

18            MS. THOMPSON:   Object to form.

19  A.   No.

20  Q.   (By Mr. Richardson)   And you're not even a medical

21       personnel; correct?

22  A.   No.

23  Q.   And you knew she was sick?

24  A.   Yes.

25  Q.   Each time that you saw Brenda after she was moved