IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

(1) PHILIP SANDERS, an )
Individual and Husband and )
Next of Kin of BRENDA JEAN )
SANDERS, Deceased, )
 )
        Plaintiff, )
 )
   -vs- ) No. 17-cv-492-JHP-FHM
 )
(1) CREEK COUNTY BOARD OF )
COUNTY COMMISSIONERS, and )
(2) SHERIFF BRET BOWLING, )
in his official capacity as )
Creek County Sheriff, and )
(3) TURN KEY HEALTH CLINICS,)
a limited liability company,)
 )
        Defendants. )

*DEPOSITION OF CLASSICA GODWIN*

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

JUNE 17, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:  RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258

EXHIBIT 6

```
 1  Q.  Is that a --
 2  A.  Yes, yes.
 3  Q.  Do you know if you were already in L pod when
 4      Brenda came to L pod or if Brenda was in L pod and
 5      you showed up at L pod?
 6  A.  I think she was already there, but when they
 7      brought her -- or when I came she had just got back
 8      from a holding cell maybe.
 9  Q.  So when you first saw her she was being brought in
10      to the cell from somewhere?
11  A.  Uh-huh.
12  Q.  Does that sound right?
13  A.  Yes, yes.
14  Q.  Do you have any idea what the date was when that
15      happened?
16  A.  No.
17  Q.  How would you describe Brenda when you first saw
18      her as far as how she was acting?
19  A.  Weak.  That's -- I mean, when she came in they
20      had -- she had a boat, like they called them boats
21      that -- because it was overpopulated and somebody
22      had to carry it for her because she could not lift
23      it, and usually, you know, if you come in with a
24      boat you carry it with you along with your things
25      and she had to have help.
```

1  Q.  What's a boat?
2  A.  A plastic 6-foot bed.
3  Q.  Are you saying boat or bunk?
4  A.  A boat.  It's called a boat because you can carry
5      it.  It's shaped like a canoe, you know, in a way.
6      It's just something that they give people to sleep
7      in when it's overpopulated, like there was no more
8      beds, top or bottom, there was so many people there.
9  Q.  So she had one of the boats with her, but somebody
10     else was carrying it?
11 A.  Uh-huh.
12 Q.  Is that a yes?
13 A.  Yes.
14 Q.  Where did her boat go in the cell?
15 A.  When I noticed that she was Brenda, you know, like
16     I had them put it at the foot of my bed, you know,
17     because she didn't look healthy and she was somebody
18     that I knew outside of there, so I felt -- you know,
19     like I didn't feel like I had to do it, you know,
20     just something in me.  You know, I was just like,
21     "Just move her over here.  Just in case she needs
22     help, I can help her."  I was able, so --
23 Q.  while you and Brenda were in L pod, what would you
24     say her eating habits were like?
25 A.  She ate very little.

| | | |
|---|---|---|
| 1 | Q. | What about fluid intake? |
| 2 | A. | Well, they gave very little, so -- I mean, it was |
| 3 | | just little cups that they filled up with the |
| 4 | | tray -- along with the trays and we could use that |
| 5 | | cup and go to the bathroom and fill it up |
| 6 | | afterwards, but she just drank that serving, really. |
| 7 | Q. | How about her sleep patterns? |
| 8 | A. | She slept most of the day. |
| 9 | Q. | Did you ever see -- you know who Turn Key is -- do |
| 10 | | you know who Turn Key is?  You may not. |
| 11 | A. | Is it the nursing staff? |
| 12 | Q. | Yeah.  That's the company that provides the nursing |
| 13 | | staff. |
| 14 | | MS. THOMPSON:  Object to improper answer by |
| 15 | | counsel.  There is no question. |
| 16 | Q. | (By Mr. Richardson)  So if I told you that Turn Key |
| 17 | | was the company that supplied the staff to provide |
| 18 | | medical care, would you know whether that was |
| 19 | | accurate or not? |
| 20 | A. | Yes. |
| 21 | Q. | Do you remember any of the individuals that worked |
| 22 | | for Turn Key? |
| 23 | A. | No. |
| 24 | Q. | Did you ever know a Nicholas Groom? |
| 25 | A. | Sounds familiar. |

| | | |
|---|---|---|
| 1 | Q. | If Nicholas was standing in here, do you think you |
| 2 | | would recognize him? |
| 3 | A. | Yes. |
| 4 | Q. | What is it inmates would have to do to get any |
| 5 | | medical attention? |
| 6 | A. | They would have to request -- they would have to |
| 7 | | request a form and the form was a request to see the |
| 8 | | nurse, and they didn't just have them extra laying |
| 9 | | around, like you would have to request them or get |
| 10 | | their attention, whoever, you know, and -- like the |
| 11 | | nurses, when they bring medicine and pass them out, |
| 12 | | they do have them on their cart. |
| 13 | Q. | Would inmates ever get medical request forms from |
| 14 | | the detention officers? |
| 15 | A. | Yes, if they felt like bringing them -- if they |
| 16 | | felt like going back and bringing them, but that was |
| 17 | | really rare. |
| 18 | Q. | So really the best way to get them was when the |
| 19 | | nurse -- |
| 20 | A. | Yes. |
| 21 | Q. | -- passed meds? |
| 22 | A. | And she wasn't waiting for you to fill them out, |
| 23 | | you know, you just have to catch them on another |
| 24 | | day. |
| 25 | Q. | Do you know if you ever filled out a medical |

| | | |
|---|---|---|
| 1 | | request for yourself while you were there? |
| 2 | A. | No. |
| 3 | Q. | Did Brenda ever start having diarrhea while she was |
| 4 | | in the L pod? |
| 5 | A. | Yes. |
| 6 | Q. | Do you know what day that started? |
| 7 | A. | No.  When she was brought in she smelt like |
| 8 | | diarrhea, so it could have been before or -- because |
| 9 | | she was in there before I was, definitely. |
| 10 | Q. | If you could smell the diarrhea, could you see it |
| 11 | | anywhere? |
| 12 | A. | No. |
| 13 | Q. | While you were in the cell with Brenda in L pod, |
| 14 | | did Brenda's condition ever get better? |
| 15 | A. | No. |
| 16 | Q. | While you were in the L pod with Brenda, did her |
| 17 | | condition ever get worse? |
| 18 | A. | My own opinion, yes, but I'm no doctor. |
| 19 | Q. | Did Brenda ever tell you what was wrong with her? |
| 20 | A. | No. |
| 21 | Q. | Based on what you saw, did you -- strike that. |
| 22 | | Did you ever have any conversations with any |
| 23 | | nursing staff in regards to Brenda? |
| 24 | A. | Yes.  I asked for a request, a request paper, if |
| 25 | | that's what she needed, you know, because that's |

|   |    |                                                                      |
|---|----|----------------------------------------------------------------------|
| 1 |    | what they were saying, is "She would have to fill                    |
| 2 |    | out this form in order for us to see her," and they                  |
| 3 |    | kept moving.                                                         |
| 4 | Q. | So when you originally talked to nursing staff                       |
| 5 |    | about Brenda, were you asking for a request form or                  |
| 6 |    | were you asking them to check on Brenda?                             |
| 7 | A. | I asked them to check on her first and they told me                  |
| 8 |    | that I had to get a -- I mean, she had to fill out a                 |
| 9 |    | request form.                                                        |
| 10| Q. | So did you ask them on that day for a request form?                  |
| 11| A. | Yes.                                                                 |
| 12| Q. | And were you given one?                                              |
| 13| A. | Uh-huh.                                                              |
| 14| Q. | What did you do with the request form that you got?                  |
| 15| A. | Gave it to Brenda.                                                   |
| 16| Q. | Do you know if Brenda ever filled out the request                    |
| 17|    | form?                                                                |
| 18| A. | I don't have no idea.                                                |
| 19| Q. | Now, are writing utensils readily available in                       |
| 20|    | jail?                                                                |
| 21| A. | Yes.                                                                 |
| 22| Q. | Where do you get those from?                                         |
| 23| A. | If you have no money they give you indigent                          |
| 24|    | packages with people with no money on their books                    |
| 25|    | and they give you paper, pencil and -- you know,                     |

13

```
 1        most of the girls have been there -- you know, they
 2        are overloaded everywhere, so if she didn't have
 3        that, then we were able to find anything.
 4   Q.   Do you know if Brenda ever received an indigent
 5        package?
 6   A.   I don't know.
 7   Q.   Did you know any of the other inmates that were
 8        housed with you-all besides Brenda?
 9   A.   Yes.  Everybody that's in jail usually was
10        repetitive people.
11   Q.   It became a meeting area?
12   A.   Yeah.
13   Q.   Were you aware of when they moved Brenda from the
14        L pod the last time you saw her?
15   A.   Uh-huh.
16   Q.   Do you know who it is that moved her?
17   A.   No.
18   Q.   Do you know what day it was that they moved her?
19   A.   No.
20   Q.   Do you know what time it was that they moved her?
21   A.   The middle of the night.
22   Q.   Did you know where she was going?
23   A.   Medical.
24   Q.   Why did you believe she was going to medical?
25   A.   I believe because she kept using the restroom on
```

|    |    |    |
|----|----|----|
| 1  |    | herself and it was becoming, you know, like a |
| 2  |    | problem in the pod really, like in -- they were |
| 3  |    | tired of, you know, them not getting her attention, |
| 4  |    | that it almost became an uproar. |
| 5  | Q. | Was the smell bad? |
| 6  | A. | Uh-huh. |
| 7  | Q. | Is that a yes? |
| 8  | A. | Yes. |
| 9  | Q. | And was that smell bothering the other inmates? |
| 10 | A. | Yes. |
| 11 | Q. | When they moved Brenda on that occasion, did you |
| 12 |    | ever see her again? |
| 13 | A. | No. |
| 14 | Q. | Was there any question in your mind seeing Brenda |
| 15 |    | as to whether she was sick? |
| 16 | A. | Yes. |
| 17 | Q. | Did you know she was sick? |
| 18 | A. | Like I said, I'm no doctor, but from what I was |
| 19 |    | seeing and people -- you know, like most people even |
| 20 |    | at her age, you know, like could walk, talk, sleep, |
| 21 |    | get up and eat.  You know, it was just not in her |
| 22 |    | to -- you know, like days after days it looked like |
| 23 |    | she was just getting weaker and weaker, and waking |
| 24 |    | up in the middle of the night, really, was what |
| 25 |    | scared me. |

```
 1  Q.  Let me maybe ask the question this way:  Would it
 2      be obvious to anyone that saw her that she needed
 3      medical attention?
 4  A.  Yes.
 5          MS. THOMPSON:  Object to form.
 6  Q.  (By Mr. Richardson)  Now, I've been trying to get a
 7      hold of you for a couple of months, haven't I?
 8  A.  Yes.
 9  Q.  And we've been unable to make contact; is that
10      right?
11  A.  Yes.
12  Q.  We subpoenaed you to be here today; correct?
13  A.  Yes.
14  Q.  And so you showed up under that scenario.  Have you
15      and I had an opportunity to talk about this case?
16  A.  This morning.
17  Q.  Okay.  Did I show you any documents?
18  A.  No.
19  Q.  What did you and I talk about?
20  A.  Just how -- I mean what I'm here for and, you know,
21      what you-all need from me.
22  Q.  And what is it I told you we need from you?
23  A.  The truth.
24  Q.  And is that what you've told us today?
25  A.  Yes.
```

```
 1  Q.  How many occasions did that happen?
 2  A.  It happened twice before they actually came and
 3      took her to medical.
 4  Q.  Okay. Do you recall the first time she woke up in
 5      the middle of the night and didn't know where she
 6      was?
 7  A.  Yes, it's in my memory, but I don't know
 8      specifically.
 9  Q.  Do you know how many days after she arrived in the
10      L pod did that happen?
11  A.  It was like two days afterwards.
12  Q.  And did you wake up?
13  A.  Yes, I was up reading at that time. I slept all
14      day as it was and I woke up in the middle of the
15      night and just spent a few hours awake reading or
16      watching TV by --
17  Q.  Was Brenda -- go ahead.
18  A.  By myself usually, is what I was going to say.
19  Q.  So you were already awake when Brenda woke up;
20      correct?
21  A.  Uh-huh.
22  Q.  And was Brenda sleeping next to you on her cot?
23  A.  Yes, at the foot of my bed.
24  Q.  So what happened after she woke up?
25  A.  I asked her what was wrong and she was like, "Where
```

|   |    |                                                                      |
|---|----|----------------------------------------------------------------------|
| 1 |    | am I?" and I was just like, "You need to lay back                    |
| 2 |    | down," you know, because it kind of scared me - I'm                  |
| 3 |    | a scary person as it is - and she just was like                      |
| 4 |    | "Oh," you know, and laid back down.                                  |
| 5 |    | And I don't know if she had an eye condition,                        |
| 6 |    | but I know she woke up, like, before and she could                   |
| 7 |    | not see nothing and I was like "Oh, my gosh, she's                   |
| 8 |    | going blind." I don't know what was going on, but I                  |
| 9 |    | definitely felt like she should have had some                        |
| 10|    | attention both those times, you know, like, and --                   |
| 11| Q. | Why did you feel that way?                                           |
| 12| A. | Because usual people -- you know, like 30 of the                     |
| 13|    | other girls sleep, you know, wake up, go grab their                  |
| 14|    | food happy, you know, sit down, eat, go take their                   |
| 15|    | trays back, you know, and she wasn't doing anything                  |
| 16|    | that anybody else was doing.                                         |
| 17| Q. | When she woke up and didn't know where she was, did                  |
| 18|    | she later realize where she was?                                     |
| 19| A. | Yeah.                                                                |
| 20| Q. | And did she go back to sleep?                                        |
| 21| A. | Yeah, it was after she had woken up, you know,                       |
| 22|    | during the day, but this was like at 3:00 in the                     |
| 23|    | morning.                                                             |
| 24| Q. | Did anything else unusual happen at that time when                   |
| 25|    | she woke up and didn't know where she was?                           |

|    |    |    |
|----|----|----|
| 1  |    | "Where am I?"  I'm like, "You're in jail.  Let's go |
| 2  |    | lay back down." |
| 3  | Q. | (By Ms. Thompson)  And we're talking about the |
| 4  |    | second time? |
| 5  | A. | Yes. |
| 6  | Q. | And did she lay back down? |
| 7  | A. | Yes. |
| 8  | Q. | Did she realize where she was? |
| 9  |    | MR. RICHARDSON:  Objection to form. |
| 10 | A. | I don't know, but she laid back down.  That's it. |
| 11 | Q. | (By Ms. Thompson)  Did anything else happen at that |
| 12 |    | time? |
| 13 |    | MR. RICHARDSON:  Objection to form. |
| 14 | A. | (Shakes head back and forth.) |
| 15 | Q. | (By Ms. Thompson)  Did you observe anything else -- |
| 16 |    | MR. RICHARDSON:  Objection -- |
| 17 | Q. | (By Ms. Thompson)  Did you observe anything else |
| 18 |    | unusual about Brenda's condition at that time? |
| 19 | A. | No, other than her eyes were yellow; that's it.  I |
| 20 |    | don't know. |
| 21 | Q. | Are you aware if Brenda got any treatment for her |
| 22 |    | eyes? |
| 23 | A. | I don't know. |
| 24 | Q. | Could you tell me about the procedure for passing |
| 25 |    | out medications to the inmates in the L pod. |

```
```

1  A.  There was a nurse cart that came in the morning and
2      at night.
3  Q.  Do you remember what time of day those carts came?
4  A.  7:00 a.m. and 7:00 p.m.
5  Q.  Did Brenda take any medications, that you know of?
6  A.  I don't know.
7  Q.  Did you take any medications?
8  A.  No.
9  Q.  And you stated earlier that the medical staff had
10     sick call request forms on the cart with them; is
11     that correct?
12 A.  Yes.
13 Q.  And would Brenda or anyone in that pod have an
14     opportunity to request one of those forms when they
15     came for med pass?
16         MR. RICHARDSON:  Objection to form.
17 A.  Yes.
18 Q.  (By Ms. Thompson)  So if Brenda wanted to get one
19     of those forms, she would have two chances every day
20     to get that form from the cart; correct?
21 A.  Yes.
22         MR. RICHARDSON:  Objection to form.
23 Q.  (By Ms. Thompson)  And did you ever see Brenda
24     request that form from the medical cart?
25 A.  Yes.