IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

(1) PHILIP SANDERS, an            )
Individual and Husband and        )
Next of Kin of BRENDA JEAN        )
SANDERS, Deceased,                )
                                  )
            Plaintiff,            )
                                  )
    -vs-                          )  No. 17-cv-492-JHP-FHM
                                  )
(1) CREEK COUNTY BOARD OF         )
COUNTY COMMISSIONERS, and         )
(2) SHERIFF BRET BOWLING,         )
in his official capacity as       )
Creek County Sheriff, and         )
(3) TURN KEY HEALTH CLINICS,      )
a limited liability company,      )
                                  )
            Defendants.           )

*DEPOSITION OF NICHOLAS GROOM*

TAKEN ON BEHALF OF THE PLAINTIFF

TAKEN AT 7447 SOUTH LEWIS AVENUE

TULSA, OKLAHOMA

MAY 6, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:  RACHAEL A. ROPER, RPR

ROPER REPORTING
P.O. BOX 1289
BROKEN ARROW, OKLAHOMA 74013
Roperreporting@att.net
(918) 633-7258

EXHIBIT 8

1         both LPNs.
2    Q.   Cheryl Green and who?
3    A.   Kerri, K-e-r-r-i, and I believe the last name is
4         F-e-r-r-i-s.
5    Q.   Who trained you when you started working at Creek
6         County?
7    A.   Deborah.
8    Q.   Walk us through what that training was.
9    A.   She just showed me the medication pass. Of course,
10        we all review the policies and procedures, you know,
11        of how we do the medication pass; we go around and
12        everyone come to the cell door or we go to the
13        segregation cells independently; how to do the nurse
14        protocols; be able to give short-time medication or
15        treat people based on those protocols; how to call a
16        provider; and then just various paperwork, forms to
17        submit, things like that. How to order supplies,
18        how to order medication.
19   Q.   How long was Deborah on site during this training?
20   A.   I believe the first few days I think she was there
21        with me the whole day. This is four years ago, I
22        mean, I can't remember exactly how long she was
23        there or all that.
24   Q.   Did you do anything to prepare for your depo today?
25   A.   Just other than meeting with my attorney.

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | picking up the phone and calling Indian Health               |
| 2  |    | clinic the day that you met with Brenda?                     |
| 3  |    | MS. THOMPSON: Object to form; asked and                      |
| 4  |    | answered four times.                                         |
| 5  | Q. | (By Mr. Richardson) Go ahead, please.                        |
| 6  |    | MS. THOMPSON: Answer it again.                               |
| 7  | A. | Yes.                                                         |
| 8  | Q. | (By Mr. Richardson) What were you wearing that               |
| 9  |    | day?                                                         |
| 10 |    | MS. THOMPSON: Object to form.                                |
| 11 | A. | I was wearing my scrubs.                                     |
| 12 | Q. | (By Mr. Richardson) Were you required to wear                |
| 13 |    | scrubs?                                                      |
| 14 | A. | Yes.                                                         |
| 15 | Q. | And what color were the scrubs you were wearing              |
| 16 |    | that day?                                                    |
| 17 |    | MS. THOMPSON: Object to form.                                |
| 18 | A. | I could not remember the color of my scrubs four             |
| 19 |    | years ago on a specific day.                                 |
| 20 | Q. | (By Mr. Richardson) Do you remember the phone                |
| 21 |    | number of the Indian Health clinic?                          |
| 22 | A. | No, it would be something I'd have to look up.               |
| 23 | Q. | Would you have had to have looked it up that day?            |
| 24 | A. | I probably had it on a list next to the phone.               |
| 25 | Q. | Do you know if you had it on a list next to the              |

1      to her as a doctor; correct?
2  A.  Okay.
3  Q.  All right.  So why are you so shocked by it then if
4      that happens?
5  A.  Well, because she came to the -- let's see.  On the
6      18th she came out and said she had dry eyes and she
7      had a little redness in her eyes and a little blurry
8      vision, so if she was with her enough and was able
9      to report something as minor as that, I would think
10     somewhere she would tell us about diarrhea for two
11     weeks.
12         MR. RICHARDSON:  I'd ask that be stricken as
13     nonresponsive.
14 Q.  (By Mr. Richardson)  I'm asking why you would be so
15     surprised on what I read you and what you anchored
16     in on was RN when --
17 A.  Well, yeah, that could be they mistook that, so
18     that's fine.
19 Q.  I mean --
20 A.  Why I was surprised about it is what I just told
21     you.
22 Q.  Sir, there is not another question yet.
23         The other thing is, is you-all are all wearing
24     scrubs when you work; correct?
25 A.  Yes.