IN THE NORTHERN DISTRICT COURT OF OKLAHOMA
UNITED STATES OF AMERICA

PHILIP SANDERS, an Individual )
and Husband and Next of Kin of )
BRENDA JEAN SANDERS, Deceased, )
                                 )
      Plaintiff(s),      )
                                 )
-vs-                        ) No. 17-CV-492-JHP-FHM
                                 )
CREEK COUNTY BOARD OF COUNTY )
COMMISSIONERS, and SHERIFF )
BRET BOWLING, in his official )
capacity as Creek County )
Sheriff, and TURN KEY HEALTH )
CLINICS, a limited liability )
company. )
                                 )
      Defendant(s).     )

---

DEPOSITION OF LELA J. GOATLEY,

TAKEN ON BEHALF OF THE PLAINTIFF(S),

IN THE MARTIN, JEAN, and JACKSON LAW OFFICE.

IN PONCA CITY, OKLAHOMA,

ON MONDAY, MAY 11TH, 2020,

STARTING AT 9:40 A.M.

---

**EXHIBIT 10**

REPORTED BY:   Sherrie L. Powell, CSR
                   Precision Depositions
                   P. O. Box 118
                   Newkirk, OK  74647

| | | |
|---|---|---|
| 1 | Q. | So if someone's got on scrubs and they work at the |
| 2 | | jail, could -- could someone assume they're an RN? |
| 3 | A. | I suppose they could.  But they shouldn't. |
| 4 | Q. | Well, you think they thought they were an inmate |
| 5 | | wearing scrubs? |
| 6 | A. | Wouldn't think so. |
| 7 | Q. | You think they thought they were a correctional |
| 8 | | officer wearing scrubs? |
| 9 | A. | Probably not. |
| 10 | Q. | So it would be kind of hard to make that mistake, |
| 11 | | wouldn't it? |
| 12 | A. | Well, I suppose what I'd say is that you should |
| 13 | | know what you're talking about before you call |
| 14 | | somebody something, because there were only LPNs |
| 15 | | there. |
| 16 | Q. | Perhaps if it would have been an RN she wouldn't |
| 17 | | have died; right? |
| 18 | A. | No.  That -- |
| 19 | | MS. THOMPSON:  Object to form. |
| 20 | A. | That's -- |
| 21 | | MR. RICHARDSON:  Basis? |
| 22 | | THE WITNESS:  Pardon me? |
| 23 | | MR. RICHARDSON:  No.  Basis to her object- |
| 24 | | ion. |
| 25 | | MS. THOMPSON:  I don't have to provide you |