IN THE NORTHERN DISTRICT OF OKLAHOMA
UNITED STATES OF AMERICA

| | |
|---|---|
| (1) PHILIP SANDERS, an Individual and Husband and Next of Kin of BRENDA JEAN SANDERS, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>(1) CREEK COUNTY BOARD OF COUNTY COMMISSIONERS, AND (2) SHERIFF BRET BOWLING, in his official capacity as Creek County Sheriff, AND (3) TURN KEY HEALTH CLINICS, a limited liability company.<br><br>  Defendants. | Case No. 17-cv-492-JED-CDL<br><br>Attorney Lien Claimed<br>Jury Trial Demanded |

## PLAINTIFF'S UNOPPOSED APPLICATION TO AMEND RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff Philip Sanders by and through counsel of record, Richardson Richardson Boudreaux PLLC, and hereby submits this Unopposed Application to Amend his Response to Motion for Summary Judgment:

Plaintiff requests this Court allow him to amend his Response to Motion for Summary Judgment [Doc. 204] in order to correct scriveners errors as follows:

1. On page 21, correct the "##" to reference the correct exhibit, Exhibit #23

2. On page 24, correct the first "##" to reference the correct exhibit, Exhibit #21

3. On page 24, correct the second "##" to reference the correct exhibit, Exhibit #2

    4. On page 12, take out # before "TK"

Defendants do not object to this request.

WHEREFORE, Plaintiff respectfully prays the Court grant him leave to file these amendments to his Response to Motion for Summary Judgment.

        Respectfully submitted,

        *s/ Charles L. Richardson*
        Charles L. Richardson, OBA No. 13388
        Colton L. Richardson, OBA No. 33787
        **Richardson Richardson Boudreaux PLLC**
        7447 S. Lewis Ave.
        Tulsa, OK 74136
        (918) 492-7674 Phone
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Sean P. Snider
    Michael L. Carr
    Austin J. Young

        *s/ Charles L. Richardson*
        For the Firm