IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILIP SANDERS,<br><br>               Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, a limited liability company,<br><br>               Defendant. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br><br>Case No. CIV-17-492-TS-CDL<br><br>Judge Ted Stewart[1] |

      This matter is before the Court on a Motion to Withdraw as Counsel of Record filed by Mr. Michael L. Carr of the law form Collins, Zorn & Wagner, PLLC, who is counsel of record for terminated Defendants Creek County Board of County Commissioners and Sheriff Bret Bowling. Mr. Carr asserts he is leaving the representing law firm and that Mr. Andrew Artis, who entered an appearance in this matter on September 13, 2022, will continue to represent terminated Defendants. For the reasons stated herein and good cause appearing, the Court will grant the Motion.

      It is therefore

      ORDERED that the Motion to Withdraw as Counsel of Record (Docket No. 218) is GRANTED.

      DATED this 19th day of September, 2022.

                                                BY THE COURT:

                                                Ted Stewart<br>
                                                United States District Judge

---

[1] Sitting by special designation in the Northern District of Oklahoma.