IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILIP SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 17-CV-492-TS-CDL |
| | ) |
| TURN KEY HEALTH CLINICS, | ) |
| a limited liability company, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Austin J. Young moves to withdraw as counsel of record for Defendants Turn Key Health Clinics, LLC, because he is leaving the representing law firm. Doc. 221. Sean P. Snider and Anthony C. Winter have previously entered appearances as attorneys of record for Defendants. Doc. 17 and 220, respectively. The Court finds there is good cause and grants the motion.

ENTERED this 5th day of January, 2023.

HONORABLE JUDGE TED STEWART[1]
UNITED STATES DISTRICT JUDGE

---

[1] Sitting by special designation in the Northern District of Oklahoma.