AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Northern District of Oklahoma

PHILIP SANDERS, an Individual, Husband, and Personal Representative of the Estate of Brenda Jean Sanders,

    Plaintiff

v.

TURN KEY HEALTH CLINICS, a limited liability company,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:17-CV-492 TS

IT IS ORDERED AND ADJUDGED

that the Motion for Summary Judgment (Docket No. 194) is granted in part and the case is dismissed. Plaintiff's first cause of action is dismissed with prejudice and Plaintiff's second, third, and fourth causes of action are dismissed without prejudice.

March 29, 2023
Date

BY THE COURT:

Ted Stewart
United States District Judge