IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

PHILIP SANDERS, and Individual )
and Husband and Next of Kin of )
BRENDA JEAN SANDERS, deceased, )
 )
      Plaintiff, )
 )
v. )   Case No.: 17-CV-492-TS-CDL
 )
TURN KEY HEALTH CLINICS, )
a limited liability company, )
 )
      Defendants. )

## BILL OF COSTS ITEMIZATION SHEET

TRANSCRIPTS:

| Date | Deposition/Hearing | Cost |
|---|---|---|
| 23-Oct-2019 | Plaintiff, Philip Sanders | $561.60 |
| 25-Oct-2019 | Heather Sanders & Alice Faye Bruner | $678.00 |
| 3-Jan-2020 | Philip Sanders, Jr. | $505.63 |
| 30-Jan-2020 | Stephanie Ashford Sanders | $343.05 |
| 30-Jan-2020 | LaTonya Jean McDaniel | $329.70 |
| 11-March-2020 | Cheryl Green | $505.25 |
| 6-May-2020 | Nicholas Groom | $243.60 |
| 2-June-2020 | Bailey Smalley | $129.00 |
| 16-June-2020 | Lindsey Foster | $185.48 |
| 17-June-2020 | Classica Godwin | $88.50 |
| 19-June-2020 | Cody Smith | $226.00 |
| 14-Aug-2020 | Tamara Davis | $242.00 |
| 29-Sept-2020 | Kerri Ferris | $121.50 |
| 30-Oct-2020 | Kelly Birch & John Davis | $288.50 |
| 18-Nov-2020 | Hearing on Pending Motions | $148.75 |
| 1-Dec-2020 | Susan Lawrence, MD | $1,738.05 |
| 10-March-2021 | Kimberly Pearson | $232.30 |
| 16-July-2021 | William Cooper, DO | $394.00 |

**TOTAL:**    **$6,960.91**

EXHIBIT
1

WITNESSES:

| | | | |
|---|---|---|---|
| Alice Faye Bruner | 25-Oct-2019 | Subpoenaed appearance at deposition | $65.00 |
| | | Witness Fee | $40.00 |
| Heather G. Sanders | 25-Oct-2019 | Subpoenaed appearance at deposition | $65.00 |
| | | Witness Fee | $40.00 |
| Susan E. Lawrence, MD | 1-Dec-2020 | Fee required to take Plaintiff's expert's deposition | $2,500.00 |

**TOTAL:** **$2,710.00**

MISC/OTHER:

| | | |
|---|---|---|
| 24-June-2019 | St. John Medical Center Records | $105.10 |
| 31-July-2019 | EMSA Medical Records | $10.00 |

**TOTAL:** **$115.10**

**GRAND TOTAL:** **$9,786.01**